**Zatuchni & Associates, LLC**
**287 South Main Street**
**(Route 29)**
**Lambertville, New Jersey 08530**
**(609) 243-0300**
**Attorneys for Plaintiff**
**DZ -2516**

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| **TRACIE SIMPSON**, individually and on behalf of her minor child, **W.C.**,<br><br>    Plaintiffs,<br><br>v.<br><br>**THE KING'S CHRISTIAN SCHOOL**,<br><br>    Defendant. | CASE NO.:<br><br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Tracie Simpson, individually and on behalf of her minor child, Plaintiff W.C., by way of Complaint against Defendant The King's Christian School, states and alleges as follows:

### NATURE OF THE ACTION

1.    By this action, Plaintiffs seek to recover damages resulting from racial bullying, discrimination and harassment endured by W.C. from his classmates at The King's Christian School in Cherry Hill, New Jersey, and from Defendant's

deliberate indifference upon learning of said racial bullying, discrimination, and harassment.

2.      During the 2021-2022 school term, W.C.'s 8th-grade year, W.C. was repeatedly subjected to racial slurs, invective and taunts by his White classmates. As elaborated more fully below, White students used the word "n------" in his presence and despite his protests, mockingly referred to him as "niggardly", and made malicious comments to him about "Blacks." Moreover, a White student singled W.C. out for race-based bullying/harassment by running into him and throwing trash at him during gym class.

3.      Defendant knew W.C. was being bullied and racially harassed by his White peers.

4.      Despite its knowledge, Defendant did not take effective action to prevent this bullying and racial harassment or to provide W.C. with a safe and non-discriminatory educational environment.

5.      Instead, Defendant failed to issue any meaningful disciplinary measures to the White students responsible for bullying and racially harassing W.C., allowing their conduct to continue.  Moreover, when Plaintiff Simpson expressed her dismay that her son was being targeted by classmates due to his race, Defendant minimized and dismissed her concerns.

6.     Defendant breached its obligations under federal civil rights law, its own anti-discrimination and anti-bullying policies and concomitant contractual obligations and implied covenant of good faith.

7.     Due to Defendant's deliberate indifference to the racial bullying and harassment of W.C., he suffered emotional and psychological distress, was denied equal education opportunities, and was denied the value and benefit of an education environment free from racial harassment and bullying.

8.     Plaintiff now brings this action pursuant to 42  U.S.C. §1981 ("Section 1981"), Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, *et seq.*("Title VI"), and pursuant to state law claims for breach of contract and breach of the implied covenant of good faith and fair dealing.

## PARTIES

9.     Plaintiff Tracie Simpson is a natural person residing in New Jersey. She is the mother of a minor child, Plaintiff W.C. At the time of the unlawful racial discrimination and harassment described below, W.C. was enrolled as a student with Defendant The King's Christian School.

10.   Defendant The King's Christian School (hereafter "King's Christian" or "the School") is a K-12 private school located at 5 Carnegie Plaza, Cherry Hill, New Jersey 08003.

## JURISDICTION AND VENUE

11.  This Court has jurisdiction over Plaintiffs' federal claims pursuant to 28 U.S.C. §1331.

12.  This Court has supplemental jurisdiction over Plaintiffs' transactionally related State law claims pursuant to 28 U.S.C. §1367(a).

13.  Venue is proper pursuant to 28 U.S.C. §1391(b)(1) and (2) because the School resides in New Jersey and because a substantial part of the events and omissions giving rise to Plaintiffs' claims occurred in New Jersey.

## BACKGROUND FACTS

14.  Plaintiff Tracie Simpson is the mother of her son W.C..

15.  W.C. was born on January 24, 2007.  His race is Black.

16.  Ms. Simpson entered into a contract with Defendant King's Christian for the enrollment of W.C. as an 8th grade student in the 2021/2022 school year. W.C. was at all times an intended beneficiary of this contract.

17.  At all relevant times, Craig Beatty was Principal of King's Christian.

18.  At all relevant times, Beatty, as Principal of King's Christian, held supervisory authority over student discipline and was responsible for implementing and enforcing the school's policies and procedures regarding bullying, racial harassment, and discrimination.

19.  As part the parties' contract, King's Christian agreed that it would provide a private school education to W.C. free from racial harassment and

discrimination in compliance with its own policies and procedures. These include

the King's Christian's Middle School Family Handbook (the "Handbook"). The

Handbook states that,

> The King's Christian School admits students of any race, color, or national and ethnic origin to all the rights, privileged program and activities generally accorded or made available to students of TKCS. TKCS does not discriminate on the basis of race, color, or national and ethnic origin in the administrator of their educational, personnel, hiring, or admission policies, or their scholarship, loan, or other school administered programs.
> Exhibit A, p. 7.

20. The Handbook contains a provision regarding Harassment, Intimidation

and Bullying ("HIB"). Said provision states:

> Students are expected to treat each other and adults with respect. **Harassment and bullying are actions that intimidate others with words and/or actions. These are contrary to respecting others, and neither will be tolerated**.
>
> Harassment is defined as any gesture or communication (written, verbal, or electronic) that is understood as being motivated by any actual or perceived characteristic such as **race** . . . or by any other distinguishing characteristic that any reasonable person should know will have the effect of insulting or demeaning any person or group of people.
>
> Intimidation is defined as any gesture or communication that makes someone timid or fearful for their own safety, whether physical or emotional. Intimidation can take the form of direct or indirect threats and can be expressed verbally and non-verbally.
>
> Bullying is defined as deliberately hurtful behavior repeated over a period of time, where it is difficult for those being targeted to defend themselves. Bullying can be expressed in person, in writing, and/or electronically. The three main types of bullying are direct physical contact (hitting, kicking, shoving, etc.), verbal (name calling, teasing, **racist remarks**, etc.), and indirect (spreading rumors, deliberate social isolation or manipulation, etc.).

Active or passive support for acts of harassment, intimidation, or bullying is prohibited … **Any accusation of bullying or harassment will be vigorously investigated** and, if found to have occurred, disciplinary action will be taken up to and including consideration for expulsion.
Exhibit A., p. 30-31. (emphasis added)

21.   Over the course of the school year W.C. was subjected to repeated racial discrimination, harassment and bullying by his White classmates.

22.   In or around October of 2021, W.C. was subjected to a racial slur while attending school chapel services with a White student, D.C..  Specifically, during services, D.C. pointed out a non-White foreign exchange student to W.C., stating: "Look at that n----- over there."

23.   W.C. was taken aback and immediately stated to D.C. words to the effect of: "What did you just say? You can't say that."  In response, D.C. argued that he was entitled to use the word "because Black people say it."

24.   W.C. reported and complained of D.C.'s use of "n----" to Ms. Simpson. A copy of a contemporaneous text from W.C. to his mother regarding the comment and Ms. Simpson's response that she was calling the School is attached hereto as Exhibit B:

|  |  |
|---|---|
| W.C. | i can't take it early (sic) already sprayes (sic) me with water other day playing around with word nigga it's too much |
| T. Simpson | Calling up there |
| Exhibit B. | |

25.   Ms. Simpson called Principal Beatty and reported that D.C. had used the n-word to W.C. in Chapel in referring to another non-White student.

26.   In response to receiving this information, the School did not speak to or interview W.C. at all.  Neither Principal Beatty nor any other administrator, teacher, or counselor communicated with W.C. to determine the facts.

27.   *Without any communications with W.C.*, to whom the racial epithet was directly made, or any *further* communications with Ms. Simpson, the School purposefully disregarded the facts regarding the nature and circumstance of the incident in order to shield itself from having to take meaningful remedial action.

28.   Upon information and belief, the School merely issued D.C. a single after-school detention for calling another student a "n-----" to W.C., excusing its deliberate indifference on the false basis that D.C. had been wrapping along to the lyrics to a song he was listening to on his cell phone.

29.   Also in or around October of 2021, White student L.H. walked up to W.C. at school and asked him: "What takes up half the population and kills half the population?" When W.C. responded that he didn't know, L.H. shouted "Blacks!", then ran away.

30.   On or around February 20, 2022, W.C. participated in an online gaming "party line" with other King's Christian students that allowed them to speak to each other.  White students M.B., T.B., and L.H. also participated in this party line.

31.   Over the course of the party line, M.B. made a point of asking W.C. to borrow a dollar.  When W.C. responded "no,", M.B. whispered loudly for all to hear: "You're so niggardly!"  This racist remark prompted laughter and amusement from the other students on the party line.

32.   Further, M.B. followed up this comment by texting to W.C.'s cell phone:

> M.B.          you are so n**gardly
> Exhibit C.

33.   W.C. ended his participation in the party line.  Shortly thereafter, T.B., L.H., and M.B., began relentlessly calling W.C.'s cell number.  W.C. refused to answer their calls.

34.   Shortly thereafter, W.C. informed Ms. Simpson about M.B. calling him "niggardly" over the party line, the other students' amused reactions, and their relentless calling of his cell.

35.   Ms. Simpson again called Principal Beatty to report and complain about the continued racial bullying and harassment directed at her son.  She described to Mr. Beatty how M.B. had mockingly referred to W.C. as "niggardly" during the party line and forwarded to Mr. Beatty a screen shot of the text with the "n**gardly" epithet addressed to W.C.

36.   Ms. Simpson also forwarded to Mr. Beatty screenshots of the relentless calls to W.C.'s cell, indicating the calls were made as frequently as 17 times within

8

an 8-minute period.  Ms. Simpson told Mr. Beatty that the White students' conduct

comment was part of a continuing pattern of racial harassment against W.C. that

had begun earlier in the school year.  A copy of this email is attached hereto as

Exhibit D.

37.  Ms. Simpson wrote to Beatty:

> Mr. Beatty
> I want to bring you up to speed before the meeting.  [Redacted] and 4
> other students have called [WC] on FaceTime repeatedly since [WC]
> left school.  [WC] has not answered any calls however at this point the
> calls have become harassingly annoying leading him to eventually
> blocking them.  Below I have attached several pictures of the calls
> which include the times and numbers.  The call have become frequent
> in the amount of 17 calls in 8 mins some made in the same minute.
> This is the backlash I was referring to we encountered as a result of
> the previous incident.
> Exhibit D.

38.  Mr. Beatty told Ms. Simpson that he would "investigate" her

complaints and "get back" to her.

39.  Around this time, W.C. met with his school counselor, Jocelyn Thomas,

and reported to her that M.B. had used the "niggardly" slur while participating in

the party line and recounted the prior incidents of racial bullying.  He expressed his

frustration and demoralization at being repeatedly subjected to race-based

harassment by his White classmates.

40.  On or around February 23 or 24, 2022, Ms. Simpson met with Mr.

Beatty via Zoom.  Mr. Beatty represented that he had "looked into" her complaints

and was issuing an "in-school suspension" to M.B. for his use of a racial slur. Upon information and belief, this 3-day "in-school suspension" consisted in M.B. skipping classes to sit out the school day in the library or other school room, thereby sparing M.B.'s parents the inconvenience/cost of a true suspension.

41.  Mr. Beatty did not inform or apprise Ms. Simpson of any further measures he would take to put a stop to the racial discrimination and harassment against W.C., such as stricter disciplinary measures against offenders or school-wide racial sensitivity training.

42.  Emboldened by Defendant's now *repeated* deliberate indifference to the racial harassment against W.C., the harassment and bullying by his White classmates continued.

43.  On or around March 1, 2022, while they were in gym class, L.H. picked up a piece of trash from the ground and threw it at W.C.  For the duration of the class, L.H. kept purposefully physically running into W.C.

44.  W.C. texted Ms. Simpson following gym class and reported this harassment, telling her that he wanted to be picked up from school.  Ms. Simpson texted back that W.C.'s grandmother would arrive at school by car to take W.C. home.  A copy of this text exchange is attached hereto as Exhibit E.

| | |
|---|---|
| W.C. | Mom can you send dad to get me. |
| T. Simpson | Yes   What's going on |
| W.C. | they keep messing with me. Can you call the school to tell them he's coming to get me. |

T. Simpson  He's on his way.  Tell me what's going on.
W.C.          they keep touching me, three (sic) on me.
Exhibit E.

45.  Ms. Simpson contacted Mr. Beatty to inform him that students were throwing things at W.C., physically running into him, and otherwise harassing him in gym class, prompting him to leave school for the day.  By email, Mr. Beatty responded to Ms. Simpson that W.C. should have first reported the incident to himself and/or to a teacher.  He additionally responded that he had "looked into" changing the class schedules of the students responsible for harassing W.C. in order to separate them from him, but that he could not do so.

46.  During one or more conversations with Mr. Beatty in which Ms. Simpson complained about the race-based bullying and harassment of her son, Beatty responded dismissively that "W.C. weighs 250 pounds, no one's messing with him."

47.  At all pertinent times, King's Christian failed to conduct any in-school student anti-harassment/anti-discrimination instruction or racial sensitivity program designed to prevent the further use of racial slurs and harassment against W.C. and/or other non-White students.

48.  Through their actions, omissions and deliberate indifference, Defendant have acquiesced in and allowed W.C. to be subjected to a hostile educational environment on the basis of his race.

49.   After the last unaddressed incident in which W.C. had garbage thrown at him, Ms. Simpson removed W.C. from King's Christian for several days while she sought to determine if W.C. could be placed, mid-term, in another school to finish out the semester.  Unable to secure a place for W.C. in another institution in the middle of the term, W.C. was compelled to return to King's Christian in order not to lose and fall behind an entire academic year.

## COUNT I – VIOLATON OF SECTION 1981

50.   Plaintiffs hereby incorporate and restate the allegations contained in the preceding Paragraphs as set forth at length herein.

51.   Ms. Simpson and Defendant Christian School entered into a contract, with W.C as an intended beneficiary, for the School to provide a private school education to W.C. free of racial harassment, bullying and intimidation.

52.   Plaintiff W.C. is Black and therefore belongs to a racial minority.

53.   Plaintiff W.C. was subjected to racial harassment and a hostile educational environment on the basis of his race as a student at the King's Christian school.

54.   The School at all relevant times had actual notice that W.C. was subjected to racial harassment and a hostile educational environment on the basis of his race.

55.  The School at all relevant times was deliberately indifferent to W.C. being subjected to racial harassment and hostile educational environment on the basis of his race.

56.  The School did not take effective or adequate disciplinary measures against the perpetrators of the racial harassment against W.C..

57.  The School did not adequately investigate the reports and complaints of racial harassment against W.C..

58.  The School did not implement a remedial anti-discrimination training or racial sensitivity program upon learning of the racial harassment against W.C..

59.   Rather, the School discounted and minimized the reports and complaints of racial harassment against W.C. and the harm being caused to W.C..

60.  The School sought to shield the perpetrators and itself from both accusations of racial harassment and responsibility for taking meaningful and effective measures to prevent racial harassment against W.C..

61.  The racial harassment and bullying of W.C. was severe or pervasive, and was in fact perceived as such by W.C..

62.  The racial harassment and bullying of W.C. adversely affected the terms and conditions of his educational environment, and was in fact perceived as such by W.C..

63.   The racial harassment and bullying of W.C. would be viewed as severe or pervasive, and as adversely affecting the terms and conditions of his educational environment, by a reasonable 15-year-old Black minor.

64.   The School's actions, conduct, omissions and deliberate indifference are a violation of 42 U.S.C. 1981.

65.   As a result of the School's deliberate indifference, W.C. has been subjected to pain and suffering, anxiety, emotional distress, and psychological harm.

66.   As a result of the School's deliberate indifference, W.C. has been damaged in the terms and conditions of his educational environment, suffered harm to his academic performance, and been deprived of equal education opportunities.

WHEREFORE, Plaintiffs demands the following damages and relief:

a.     Judgment in favor of the Plaintiffs and against the Defendant;

b.     Compensatory and consequential damages;

c.     Punitive damages;

d.     Attorney's fees;

d.     Costs of suit;

e.     Interest;

f.     Any such additional relief as this Court deems just and equitable.

## COUNT II – VIOLATON OF TITLE VI

67.  Plaintiffs hereby incorporate and restate the allegations contained in the preceding Paragraphs as set forth at length herein.

68.  Upon information and belief, Defendant King's Christian was at all relevant times a recipient of "federal financial assistance" in the form of a loan from the Small Business Administration (SBA) under the federal Coronavirus Aid, Relief, and Economic Security Act (the CARES Act or the Act) (Pub. L. 116–136) and/or the Paycheck Protection Program Flexibility Act of 2020 (Pub. L. 116-142).

69.  Upon information and belief, the PPP Loan to King's Christian was approved by SBA in or about April 2020 with a two (2) year term in the amount of $362,095.

70.  SBA loans constitute "federal financial assistance" pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d et seq. ("Title VI").

71.  Plaintiff W.C. is Black and therefore belongs to a racial minority.

72.  Plaintiff W.C. was subjected to racial harassment and a hostile educational environment on the basis of his race as a student at the King's Christian school.

73.  As set forth above, and incorporated herein, the School at all relevant times had actual notice that W.C. was being subjected to racial harassment and a hostile educational environment on the basis of his race.

74.   As set forth above, and incorporated herein, the School at all relevant times was deliberately indifferent to W.C. being subjected to racial harassment and hostile educational environment on the basis of his race.

75.   The School's actions, conduct, omissions and deliberate indifference are a violation of 42 U.S.C. 1981.

76.   As a result of the School's deliberate indifference, W.C. has been subjected pain and suffering, anxiety, emotional distress, and psychological harm.

77.   As a result of the School's deliberate indifference, W.C. has been damaged in the terms and conditions of his educational environment, suffered harm to his academic performance, and been deprived of equal education opportunities.

WHEREFORE, Plaintiffs demand the following damages and relief:

      a.     Judgment in favor of the Plaintiffs' and against the Defendant;

      b.     Compensatory and consequential damages;

      f.     Punitive damages;

      d.     Attorney's fees;

      g.     Costs of suit;

      h.     Interest;

      g.     Any such additional relief as this Court deems just and equitable.

## COUNT III – BREACH OF CONTRACT

78.   Plaintiffs hereby incorporate and restate the allegations contained in the preceding Paragraphs as set forth at length herein.

79.   Ms. Simpson and Defendant King's Christian entered into a contract, with W.C. as an intended beneficiary, for the School to provide a private school education to W.C. that is free of racial harassment, bullying and intimidation in accordance with the King's Christian Handbook and its own policies.

80.   Pursuant to the contract, Ms. Simpson remitted tuition payments to King's Christian in consideration for the benefits and value of the contract.

81.   King's Christian is in material breach of its contractual obligation to Ms. Simpson and W.C. in failing to provide an educational environment free of "acts of harassment, intimidation, or bullying."

82.   King's Christian is also in material breach of its contractual obligations to Ms. Simpson and W.C. to "vigorously investigate" all accusations of harassment, intimidation, or bullying.

83.   As a result of the School's material breach of its contractual obligations, Plaintiffs were damaged in being denied the benefits and value of W.C. receiving a private school education free from "harassment, intimidation, and bullying" and all attendant consequential damages.

WHEREFORE, Plaintiffs demand the following damages and relief:

a.  Judgment in favor of the Plaintiffs and against the Defendant;

b.  Compensatory and consequential damages;

c.  Costs of suit;

d.  Any such additional relief as this Court deems just and equitable.

## COUNT IV – BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

84.  Plaintiffs hereby incorporate and restate the allegations contained in the preceding Paragraphs as set forth at length herein.

85.  Ms. Simpson and Defendant King's Christian entered into a contract, with W.C, as an intended beneficiary, for the School to provide a private school education to W.C. in accordance with the School's policies.

86.  Pursuant to the contract, Ms. Simpson remitted tuition payments to King's Christian in consideration for the benefits and value of the contract.

87.  Ms. Simpson and W.C. at all relevant times had a reasonable expectation King's Christian would provide W.C. with an educational environment free from "acts of harassment, intimidation, or bullying" in accordance with the School's own policies and Handbook.

88.  Ms. Simpson and W.C. at all relevant times had a reasonable expectation King's Christian would, in accordance with the School's own policies, "vigorously investigate" all accusations of harassment, intimidation, or bullying made by Ms. Simpson and/or W.C..

89. King's Christian was at all times obligated to exercise its discretionary authority under the contract in a manner that was not arbitrary, unreasonable, or capricious.

90. King's Christian acted in an arbitrary, unreasonable, and capricious manner in exercising its discretion by failing to take effective and appropriate remedial measures to prevent W.C. from being subjected to harassment, intimidation and bullying.

91. King's Christian acted in bad faith and with the intent to shield itself and White students from accusations of racial harassment and bullying and from having to take meaningful and effective remedial measures to prevent this conduct.

92. As a result of Defendant's breach of its covenant of good faith and fair dealing, Plaintiffs were damaged in being denied the benefits and value in W.C. receiving a private school education at the School free from "harassment, intimidation, and bullying" and all attendant consequential damages.

WHEREFORE, Plaintiffs demand the following damages and relief:

    a. Judgment in favor of the Plaintiffs and against the Defendant;

    b. Compensatory and consequential damages;

    c. Costs of suit;

    d. Any such additional relief as this Court deems just and equitable.

Respectfully submitted,

*/s/ David Zatuchni*

_____

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
Lambertville, NJ 08530
609-243-0300
davidz@zatlaw.com
Attorneys for Plaintiffs

Dated: June 22, 2022

## CERTIFICATION PURSUANT TO LOCAL CIV. RULE 11.2

I hereby certify that this matter in controversy is not the subject of other actions pending in any court or arbitration proceedings, or any such contemplated other actions or arbitration proceedings.

*/s/ David Zatuchni*

_____

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
Lambertville, NJ 08530
609-243-0300
davidz@zatlaw.com
Attorneys for Plaintiffs

Dated: June 22, 2022

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury on all issues and claims.


*/s/ David Zatuchni*

_____

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
Lambertville, NJ 08530
609-243-0300
davidz@zatlaw.com
Attorneys for Plaintiffs

Dated:  June 22, 2022

# EXHIBIT A



## Middle School/High School
## Family Handbook

### 2021-2022

*The King's Christian School*
*5 Carnegie Plaza*
*Cherry Hill, NJ 08003*
*856.489.6720*
*www.tkcs.org*

# Table of Contents

TKCS MISSION STATEMENT ................................................................................................ 3

ACCREDITATION & SUMMARY ........................................................................................... 3

TKCS ASSOCIATION ............................................................................................................. 3

PURPOSE AND PHILOSOPHY ............................................................................................. 3

EDUCATIONAL RESPONSIBILITY ...................................................................................... 3

DOCTRINAL STATEMENT .................................................................................................... 4

ADMISSIONS ........................................................................................................................... 7

PARENT COMMUNICATION ............................................................................................... 11

SCHOOL HOURS .................................................................................................................. 12

DRESS CODE POLICIES ..................................................................................................... 12

ATTENDANCE POLICIES & PROCEDURES ................................................................... 15

ACADEMICS .......................................................................................................................... 19

EXTRACURRICULAR ACTIVITIES ................................................................................... 27

STUDENT CONDUCT .......................................................................................................... 29

TECHNOLOGY ...................................................................................................................... 37

## TKCS MISSION STATEMENT

In partnership with Christian parents, The King's Christian School, a K through 12, nondenominational, college-preparatory school, equips and strengthens students through education and example that they might stand firmly upon the Word of God and become effective servant-leaders who impact the world through their Christian walk.

## ACCREDITATION & SUMMARY

The King's Christian School (est. 1946) is accredited in grades Preschool through 12 by the Association of Christian Schools International and by the Middle States Association of Colleges and School. (TKCS Preschool voluntarily adheres to all state and local criteria for Preschool licensing.)

## TKCS ASSOCIATION

TKCS is parent-sponsored and Association owned. The Association maintains a Constitution, adopts the school budget, and elects the Board of Directors. Annual membership in the Association is open for enrollment from August 1st through October 31st, and from January 1st through March 31st. Each year, applicants must complete a membership application and must pay membership dues of $10 per applicant. Membership applications are available through the Administrative Office.

All TKCS families are welcome to obtain membership to the Association.

## PURPOSE AND PHILOSOPHY

The King's Christian School serves as an extension of the Christian home, seeking to educate the whole child – spiritually, intellectually, emotionally, socially, and physically. Instruction is based on the infallible, unchanging Word of God and is designed to help students understand the whole of reality in terms of the Christian view of God, man, and the world, and to enable students to apply Christian principles. It is envisioned that the school's purpose will remain unchanged despite the changing views of society. (Luke 2:53; Romans 11:36)

*"...[T]hat in all things He might have the preeminence." Colossians 1:18(KJV)*

## EDUCATIONAL RESPONSIBILITY

TKCS assumes a major responsibility for the academic training of its students. The school recognizes and appreciates the shared responsibility with the parents in the development of the child. (Proverbs 22:6)

The school admits students from families in which at least one parent (or host parent) has accepted Jesus Christ as personal Savior. Families are accepted without preference or regard to race, nationality, or ethnic background. Parents must express agreement with the purpose, philosophy, and objectives of the school. (Deuteronomy 6:5-9) All teachers and staff have accepted Christ as Savior and are dedicated to serving the Lord in the work of Christian education. Each teacher is expected to be a Christian role

model consistent with the Word of God. They are to uphold high standards of Christian conduct, academic excellence, and love and concern for the students entrusted to them. (II Timothy 1:9)

A spirit of concern and respect is expected between students, faculty, and parents. Teachers represent the authority of the parent during the school day. By the grace of God, they endeavor to maintain personal standards that elicit the respect and admiration of students. (I Timothy 4:12)

Students are valued as a heritage from the Lord, created in God's image and for God's glory. As members of a Christian family and as part of a local church, students are encouraged at home, at church, and at school to acknowledge sin, to trust fully in the Lord, and to uphold God's Word as the rule of faith and practice. Students must also express a desire to attend TKCS. All students and their families, as well as faculty and staff, are to be actively involved in an evangelical, Bible-believing church. Church attendance is an integral part of the Christian life. (Psalm 127:1; Proverbs 20:11; II Timothy 3:16-17; Romans 10:9-13)

## DOCTRINAL STATEMENT

### God

We believe that God is a Spirit (Jn. 4:24): infinite (Job 11:7-9), eternal (1 Tim. 1:17), unchangeable (Jas. 1:17; Mal. 3:6), and incomparable (Ps. 145:3; Rom. 11:33-36) in all that He is; one God but three persons (1 Jn. 5:7; Mt. 3:16; 28:19-20; 2 Cor. 13:14)

- the Father (Eph. 4:6)
- the Son (Jn. 1:14; 10:30)
- the Holy Ghost (Jn. 15:26)
- Our Creator (Gen. 1:1; Jn 1:10), Redeemer, and Sanctifier, in Whose power and wisdom, righteousness, goodness, and truth (Rom. 1:20; Jer. 10:12; 32:17) we may safely put our trust (Prov. 3:5-6; Acts 17:24-25).

### God's Word

We believe that our one aim in life and death should be to glorify God (1 Cor. 1:31; 10:31) and enjoy Him forever (Ps. 73:25-28; 90:14), and that God teaches us how to glorify and enjoy Him in His holy Word - that is the Bible (Ps. 1). He has given the Bible by the infallible inspiration of His Spirit (2 Tim. 3:16; 2 Pet. 1:20-21), allowing no errors in original writing, in order that we may know with certainty what we are to believe concerning Him (2 Tim. 3:15), and what duty He requires of us (Ps. 119:9-11; 105; Mic. 6:8; Mt. 22:34-40). We believe that the canon of Scripture is closed with the revelation of Jesus Christ, the Son of God (Heb. 1:1-2; Rev. 22:18-19).

### Creation

We believe that the heavens and the earth, and all that is in them, are the direct work of God's hands (Jn. 1:3; Job 26:13) - created from nothing (Gen. 1; Heb. 11:3), without the process of evolution; and all that He has made He directs and governs (Ps. 115:3; Eph. 1:11), so that they fulfill the end for which they were created (Col. 1:16). We who trust in Him may rest securely in the protection of His almighty love (Acts 17:28).

## Man

We believe that God formed man from the dust of the ground and breathed life into him (Gen. 2:7). God created men and women in His own image (Gen. 1:26), distinct in gender and roles (Gen. 1:27; 2:18, 21-24 1 Cor. 11:7-9; 1 Tim. 2:12-14), but equal in worth, dignity, and inheritance (1 Pet. 3:7, Gal. 3:28), with wonderful and permanent intention, (Psa. 139:13-16), in knowledge, righteousness, and holiness (Ecc. 7:29; Eph 4:24), requiring of man the obedience that was God's due (1 Jn. 2:6). It was by willfully disobeying God that man fell into sin and misery (Gen. 2:17; Rom. 1:19-32).

## Statement on Marriage and Sexuality

We believe that God wonderfully and immutably creates each person as either male or female. These two distinct, complementary sexes together reflect the image and nature of God (Gen. 1:26-27). Rejection of one's biological sex is a rejection of the image of God within that person.

We believe that the term "marriage" has only one meaning: the uniting of one man and one woman in a single, exclusive union, as delineated in Scripture (Gen. 2:18-25). We believe that God intends sexual intimacy to occur only between a man and a woman who are married to each other (1 Cor. 6:18; 7:2-5; Heb. 13:4). We believe that God has commanded that no intimate sexual activity be engaged in outside of a marriage between a man and a woman.

We believe that any form of sexual immorality (including adultery, fornication, homosexual behavior, bisexual conduct, bestiality, incest, or use of pornography) is sinful and offensive to God (Matt. 15:18- 20; 1 Cor. 6:9-10).

We believe that in order to preserve the function and integrity of TKCS and to provide a biblical role model to the student body and the community, it is imperative that all persons employed by TKCS in any capacity, or who serve as volunteers, agree to and abide by this Statement on Marriage and Sexuality (Matt. 5:16; Phil. 2:14-16; 1 Thess. 5:22).

We believe that God offers redemption and restoration to all who confess and forsake their sin, seeking His mercy and forgiveness through Jesus Christ (Acts 3:19-21; Rom. 10:9-10; 1 Cor. 6:9-11).

We believe that every person must be afforded compassion, love, kindness, respect, and dignity (Mark 12:28-31; Luke 6:31). Hateful and harassing behavior or attitudes directed toward any individual are to be repudiated and are not in accord with Scripture nor the doctrines of TKCS.

## Sin

We believe that through the devices of Satan (Gen. 3:13; 2 Cor. 11:8) all mankind is fallen in Adam (Rom. 5:12-19). We are by nature children of wrath (Eph. 2:3), under the condemnation of God (Gal. 3:10) and corrupted in body and soul (Eph. 4:18), prone to evil (Rom. 7:5, 15-24; Eccl. 8:11), and liable to eternal death (Rom. 6:23) and everlasting punishment (Dan. 12:2; Mt. 25:41; 2 Thess. 1:9); from this dreadful state we cannot be delivered save through the unmerited grace of God our Savior (Jn. 3:16; Eph. 2:8-9; Titus 2:11; 3:5).

## Salvation

We believe that God has not left the world to perish in its sin (2 Pet. 3:9); but, out of the great love wherewith He has loved it (Jn. 3:16), He has from all eternity graciously chosen (Rom. 8:30; Eph. 1:4) unto Himself a multitude which no man can number (Rev. 5:9; 7:9), to deliver them out of their sin and misery.

We believe that God has redeemed His people unto Himself (1 Pet. 2:9-10) through Jesus Christ our Lord (Eph. 2:15-19; 1 Pet. 1:18); Who, though He was and ever continues to be the eternal Son of God (Jn. 1:14; 1 Jn. 5:20), yet was born of a virgin (Is. 7:14; Mt. 1:23), born under the law, that He might redeem them that were under the law (Gal. 4:4-5). We believe that He bore the penalty due to our sins (Is. 53; 1 Pt. 2:24; 3:18).

## Jesus Christ

We believe that Jesus Christ, our Redeemer (Acts 4:12; Gal. 3:13), died for our offenses (Is. 53:4-12), was raised again for our justification (Rom. 4:25), and ascended into the heavens (Acts 1:9-11; Heb. 4:14-16), where He sits at the right hand of the Father Almighty (Heb. 1:3; 12:2), continually making intercession for His people (Rom. 8:34; Heb. 7:2). Because He governs the whole world as Head over all things for His church (Eph. 2:20-23; Col. 1:18), we surely know that nothing can snatch us out of His hands (Jn. 10:27-30) and nothing can separate us from His love (Rom. 8:35-39).

## Holy Spirit

We believe that the redemption wrought by the Lord Jesus is effectively applied to all His people by the Holy Spirit (Jn. 6:63; 1 Cor. 4:13; Eph. 7:17-19), Who works faith in them and thereby unites them to Christ (1 Cor. 12:13; Eph. 2:14-16). As His Spirit renews them in the whole man after the image of God (Col 3:10), they are enabled more and more to die unto sin and to live unto righteousness (Rom. 6:11; 1 Pet. 2:24); until, this gracious work having been completed (Phil. 1:6; 2 Tim. 3:17) in them, they shall be received into glory. Abiding in this hope (Titus 2:13), we must ever strive to perfect this holiness in the fear of God (Heb. 12:10).

## Sanctification

The principal acts of saving faith are accepting, receiving, and resting upon Christ alone for justification, sanctification and eternal life (Jn. 1:12; Acts 16:31; Gal. 2:20). Good works done in obedience to God's commandments are the fruits and evidences of a true and living faith (Jas. 2:18, 22): and by them believers manifest their thankfulness (Ps. 116:12-13; 1 Pet. 2:9), strengthen their assurance (1 Jn. 2:3, 5; 2 Pet. 1:5-10), edify their brethren (2 Cor. 9:2), adorn the profession of the gospel (Eph. 4:1-3; Titus 2:5), stop the mouths of the adversaries (1 Pet. 2:15), and glorify God (1 Pet. 2:12) whose workmanship we are, created in Christ Jesus unto holiness and good works (Eph. 2:10) that we may have eternal life (Rom. 6:22). Thus, we are to work out our salvation with fear and trembling. For it is God who works in us both to will and to do of His good pleasure (Phil. 2:12-13). We believe that immediately upon death the souls of Christians are made perfect in holiness (Heb. 12:23; 2 Tim. 4:6-8) and are in the presence of the Lord forever (Lk. 23:43; 2 Cor. 4:8).

## Christ's Return

We believe that as Jesus Christ will physically and visibly return a second time in glory (Dan. 7:13; Mt. 24:30) according to His promise to consummate His kingdom (Mt. 24:14, 42); to judge the world in righteousness (Is. 22:3-4), and to assign each to His eternal reward (Rev. 20:7-15). Now if we be dead with Christ, we believe that we shall also live with Him (Rom. 5:8; 1 Cor. 15:51-53); and when He shall return in glory we shall be raised in Him (1 Cor. 15:42-44; 1 Thess. 4:13-19) and made perfectly blessed in the full enjoyment of God to all eternity (1 Pet. 5:10; 2 Tim. 2:10-13; Jude 24).

*And to Him, our Redeemer*
*With the Father,*
*And the Holy Spirit,*
*Be glory forever, world without end,*
*Amen and Amen.*

Adopted June 1987

# ADMISSIONS

## Spiritual Requirements

The school admits students from families in which at least one parent, guardian, sponsor, or host parent has accepted Jesus Christ as personal Savior. They must be in agreement with the school's Doctrinal Statement, which reflects a Protestant, evangelical tradition. Parents, guardians, sponsors, or host parents must desire a Christian education for their child(ren), be in agreement with the school's educational program, and be willing to assume the financial responsibilities involved.

## Policy of Inclusion/Non-discrimination

The King's Christian School admits students of any race, color, or national and ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students of TKCS. TKCS does not discriminate on the basis of race, color, or national and ethnic origin in the administration of their educational, personnel, hiring, or admissions policies, or their scholarship, loan, or other school-administered programs. As a Bible-believing institution, this policy of nondiscrimination does not extend to areas of religious conviction, beliefs, or moral lifestyle that are contrary to Scripture. Our biblical and philosophical goal is to develop students into mature, Christlike individuals who will be able to exhibit a Christlike life. Of necessity, this goal involves the school's understanding and belief about which qualities or characteristics exemplify a Christlike life. The King's Christian School abides by biblical teaching on sexual immorality. The Bible makes it clear that Christians should flee from sexual immorality (I Corinthians 6:18-20), including, but not limited to, premarital sex, homosexual and bisexual lifestyles, and transgender identity. While enrolled at The King's Christian School, all students are expected to exhibit the qualities of a Christlike life espoused and taught by the school and to refrain from certain activities or behavior. Thus, The King's Christian School retains the right to refuse enrollment to or to expel any student who engages in sexual immorality, including any student who professes to be a homosexual,

bisexual, or transgender person or who engages in or practices homosexual, bisexual, or transgender behavior, as well as any student who condones, supports, or otherwise promotes such practices (Leviticus 20:13, Matthew 19:4-6; Romans 1:21-27; I Corinthians 6:9-20). In cases in which a student has engaged in immoral, illegal, homosexual, bisexual, or transgender behavior, on campus or off campus, when school is in session or in recess, the school reserves the right to suspend or expel the student immediately. The administration may give parents the option to withdraw the student. In doing so, the discipline issue will not be discussed in the student's records. The administrator will report all actions to the Leadership Team.

## Parent Interview

The respective principal or his/her designee will meet with prospective parents applying for admission to the school to discuss the aims of the school and to evaluate the spiritual requirements of the parents. The evaluation involves the parent(s) being able to provide testimony to the following:

- They came to the realization they were sinners without hope
- They believe God gave His only Son, Jesus Christ, to pay their debt for sin
- They believe God raised His Son from the dead
- They personally received Jesus Christ as their Lord and Savior
- They believe that it is by God's grace they were saved through faith and not by anything they do, that salvation is a gift of God – not by works
- They have full assurance of salvation and that they will live with God eternally
- They currently are striving to please God in all that they do

## Church Involvement

All families are to be in active fellowship with a Bible-believing church. A Pastor's Confidential Recommendation Form must be submitted as part of the application process.

## Parent's Covenant with TKCS

In enrolling our child(ren) as students at The King's Christian School, we affirm that:

- We will support the mission of the school.
- We will accept the Bible, the Word of God, as interpreted in the school's Doctrinal Statement, to be the basis for the Christian education of our children.
- We will pray earnestly for the school and for the faculty/staff.
- We will maintain active fellowship in a Bible-believing church.
- We will cooperate with the teachers in a spirit of partnership in the training of our child(ren).
- We will attend parent/teacher conferences when requested to do so.
- We will monitor our child(ren)'s grades and attendance on a regular basis both electronically.
- We will monitor our child(ren)'s assignments, course syllabi, and short- and long-term projects in their agenda planner on a regular basis and by using ParentsWeb.

- We will pick up our child(ren) from school when requested to do so by an administrator or school nurse.
- We will attend all required parental orientations and parent meetings posted on the school calendar and the Knightly Knews email newsletter.
- We have read and understand the financial information and pledge to fulfill our responsibilities accordingly.
- We give permission for our child(ren) to take part in all routine school activities, including athletics, field trips, and school-sponsored trips.
- We agree to encourage our child(ren) in the learning of biblical truths.
- We agree to encourage our child(ren) in the learning of the school curriculum.
- If at any time during the training of our child(ren), we can no longer work together in a spirit of unity, and all reasonable avenues of reconciliation are exhausted, we will withdraw our child(ren) from The King's Christian School.
- We understand that willful disobedience by our child(ren) of the principles and guidelines of the Family Handbook may result in dismissal from The King's Christian School.

## The Peacemaker's Pledge

As people reconciled to God by the death and resurrection of Jesus Christ, we believe that we are called to respond to conflict in a way that is remarkably different from the way the world deals with conflict. We also believe that conflict provides opportunities to glorify God, serve other people, and grow to be to like Christ. Therefore, in response to God's love and in reliance on his grace, we commit ourselves to respond to conflict according to the following principles.

GLORIFY GOD – Instead of focusing on our own desires or dwelling on what others may do, we will rejoice in the Lord and bring him praise by depending on his forgiveness, wisdom, power, and love, as we seek to faithfully obey his commands and maintain a loving, merciful, and forgiving attitude.

GET THE LOG OUT OF YOUR EYE – Instead of blaming others for a conflict or resisting correction, we will trust in God's mercy and take responsibility for our own contribution to conflicts—confessing our sins to those we have wronged, asking God to help us change any attitudes and habits that lead to conflict, and seeking to repair any harm we have caused.

GENTLY RESTORE – of pretending that conflict doesn't exist or talking about others behind their backs, we will overlook minor offenses or we will talk personally and graciously with those whose offenses seem too serious to overlook, seeking to restore them rather than condemn them. When a conflict with a Christian brother or sister cannot be resolved in private, we will ask others in the body of Christ to help us settle the matter in a biblical manner.

GO AND BE RECONCILED – Instead of accepting premature compromise or allowing relationships to wither, we will actively pursue genuine peace and reconciliation-forgiving others as God, for Christ's sake, has forgiven us, and seeking just and mutually beneficial solutions to our differences.

Instead of filing a legal claim or suit against the school, a parent has the biblical responsibility to follow the grievance procedure as stated. If the conflict is not satisfactorily resolved, the parent may petition the

Leadership Team to seek resolution through arbitration/mediation using the Peacemaker's Ministries format. Any cost associated with arbitration will be divided equally.

By God's grace, we apply these principles as a matter of stewardship, realizing that conflict is an assignment, not an accident. We will remember that success in God's eyes is not a matter of specific results, but of faithful, dependent obedience. And we pray that our service as peacemakers will bring praise to our Lord and lead others to know His infinite love.

*Luke 6:27-36; Gal. 5:19-26; Matt. 5:9 2 Cor. 10:31-11:1; Rom. 8:28-29; James 1:2-4 3 Cor. 10:31; James 4:1-3; Psalm 37:1-6; Phil. 4:2-9; Col. 3:1-4; 1 Peter 2:12; John 14:15; James 3:17-18; Rom. 12:17-21; Mark 11:25 4 Matt. 7:3-5; 1 John 1:8-9; Prov. 28:13; Col. 3:5-14; Luke 19:8 5 Matt. 18:15-20; James 5:9; Prov. 19:11; Gal. 6:1-2; Eph. 4:29; 2 Tim. 2:24-26; 1 Cor. 6:1-8 6 Matt. 5:23-24; Eph. 4:1-3, 32; Matt. 7:12; Phil. 2:3-4 7 Matt. 25:14-21; 1 Peter 2:19; Rom. 12:18; John 13:34-35*

## Policy for Handling Problems or Concerns

Parents, teachers, and administrators are expected to follow the Peacemakers Pledge when handling problems or concerns. The proper sequence to handle a concern or grievance is as follows:

- Pray earnestly for God's wisdom. Examine yourself first to see if the problem can be resolved by a change in your attitude or actions (Matthew 18).
- Meet with the teacher to express your concern. Be willing to listen as well as to speak.
- Once you speak with the teacher, you may meet with the principal. Do not by-pass the teacher to discuss school related problems or situations. Problems are to be addressed and resolved at the lowest level possible.
- If not resolved at this level, you may meet with the Leadership Team to express your concern. Please notify your principal in writing that you would like to discuss the matter with the Leadership Team.
- If you are not satisfied with the Leadership Team's decision, you may appeal to the Board of Directors.

## Parent Teacher Fellowship (PTF)

All school parents are members of the PTF (Parent-Teacher Fellowship). The organization is operated through an elected PTF Council. The PTF is a separate entity apart from TKCS with its own constitution and bylaws. All PTF activities must be approved by the Leadership Team.

The PTF activities include such things as coordinating various school events, establishing and overseeing the room mother program, coordinating Teacher Appreciation Week and other support help for the teachers, and providing scholarships for graduating seniors.

## Homeschool Policies

Homeschooled students in grades 1 through 12 may enroll at The King's Christian School under the following provisions:

- Parents and students meet all qualifications as indicated by the admissions policies of The King's Christian School
- Parents and students will complete the entire application process as any other full-time student at The King's Christian School. This process includes standardized testing and assessment of curriculum provided in the homeschool setting
- The respective principal has full discretion to accept or reject transfer courses for credit according to accreditation guidelines set forth by the Middle States Association of Colleges and Schools, the Association of Christian Schools International, the State of New Jersey, and as approved by the Board of Directors of The King's Christian School
- Prerequisite courses must be completed before students are eligible to take an advanced course in the same subject area.
- Enrollment in a class or course cannot jeopardize class size and/or the instructional quality of the school
- Parents and students must comply with all policies and regulations of The King's Christian School, including "standardized dress"
- Students may participate in athletic/extracurricular activities as long as they are enrolled in at least five (5) credits on the TKCS campus. Online courses will not be applied to the five credit minimum, even if the courses are physically taken on campus.
- Homeschool students may not receive a diploma from TKCS unless they achieve full-time status for at least their senior year.

## PARENT COMMUNICATION

**Website and ParentsWeb**

Information about the school can be found on the website (tkcs.org) and through the email publication The Knightly Knews. The official school calendar, student attendance and grades, and other important announcements are posted on ParentsWeb. Parents and students should visit this site daily to monitor attendance, conduct, grades, and homework assignments.

**School Closing Information**

*School Closing Number #597*

School closing is announced officially on KYW 1060 radio/TV, local TV, and also on the TKCS website (www.tkcs.org). You will receive email and phone notification through ParentAlert. The decision to close school will be made as early as possible; sometimes this can be the night before. If school must be closed early during the school day due to an emergency, every effort will be made to contact parents at home or at work. It is of the utmost importance to have updated information on ParentsWeb.

**NJ Non-Public School Transportation (B6T)**

Families of full-time students may apply for transportation aid. However, the decision to provide transportation or to give reimbursement rest with each public school district. Families must complete a B6T form for each student each year. Forms and information are available in the TKCS Business Office.

## SCHOOL HOURS

7th through 12th Grade: Full Day: 8:00 a.m. – 2:40 p.m. (Half Day: 8:00 a.m. – 12:00 p.m.)

**Before School & After School Procedures**

Before 7:30 a.m.

The school does not provide supervision nor assume responsibility of students until 7:30 a.m. Students in 7th through 12th grades will enter the APR, where they will be supervised. They will not be permitted to go to their lockers until the 7:50 bell. Any before-school activities (Bible Study, music rehearsals, etc.) must be directly supervised by TKCS personnel.

7:50 a.m. – 8:00 a.m.

Students may go to their lockers. Students who are not in class before the 8:00 bell are late and must follow procedures described herein (refer to the section "Tardiness Policies & Procedures").

2:40 p.m. – 3:00 p.m. (or 12:00 p.m. – 12:20 p.m. on a 1/2 school day)

Middle and high school students may visit teachers, lockers, etc. until 3:00 (or 12:20 on a 1/2 day) .

3:00 p.m.

All high school students who have not yet been picked up will be placed in the After Care Program, and the parent/guardian will be charged at an hourly rate. Students who refuse to go to After Care will be subject to disciplinary action.

**After-Care Program**

The TKCS After Care Program will be available on two schedules for full-day students. This fee may be rolled into tuition payments. Please note that we charge $1.00 per minute per child past scheduled pickup time from the After-School Care Program. The regular rate is $9.00 per hour per child should the parent not opt for either of the two discounted schedules.

## DRESS CODE POLICIES

All students are expected to follow these guidelines while on the school campus and while on field trips, unless directed otherwise. It is the expectation of The King's Christian School that parents will insist on compliance with these rules from their children and that parents will support the faculty and

administration when infractions are brought to their attention. Students or parents who have questions about a particular item of clothing should ask the administration prior to wearing the item to school.

## Tops

Polo shirts from Flynn and O'Hara can be worn in maroon, gray, and black with TKCS branding.

Flynn & O'Hara also offers the following TKCS approved tops:

- Short and long sleeve knit (polo) shirts
- Short and long sleeve oxford shirts/blouses
- Long sleeve turtlenecks
- Long sleeve cardigans, V-neck and crew-neck sweaters, fleece jackets, and sleeveless fleece jacket vests

**HOODIES ARE NOT TO BE WORN DURING THE SCHOOL DAY, EXCEPT ON DRESS-DOWN DAYS.**

Shirts must be loose-fitting and must remain buttoned. The top one (1) button may remain unbuttoned (for boys and girls).

Undershirts (short/long sleeved, not Flynn & O'Hara) are not required but, if worn, must be a solid color only and may not include graphics or text.

Tops that expose the midriff while standing or sitting and visible undergarments of any kind (for example, boxers for boys or bra straps for girls) are not to be worn.

All logos or branding must be smaller than 4" X 4".

## Bottoms

These may be purchased at Flynn & O'Hara, Boscov's, Kohl's, Target, or wherever on sale.

Options for Girls: skirts (A-line, knee length, and calf length), skorts, shorts, and girls' pants (gray, khaki, or black)

Options for Boys: shorts and boys' pants (gray, khaki, or black)

The following standards must be met with regard to standardized dress:

- Shorts may only be worn April 15th through October 15th
- Shorts and skorts must be fingertip length
- Skirts should be significantly longer than shorts, even if worn with leggings or tights.
- All skorts, pants, and Bermuda shorts that are solid in color may be purchased at any store carrying standardized dress but may only be in the colors of black, gray, or tan
- No sweatpants, pajama bottoms, warm- ups, or other pants are permitted to be worn under kilts or skirts on the school campus

- Pants must be loose-fitting and remain at waist level

**Footwear**

All footwear must have a back to it.

**Miscellaneous**

- Boys' facial hair must be neat and well-kept
- No extreme hairstyles. Hair should be neat and well-groomed throughout the day. Hair dye (boys and girls) must be a natural, human hair color.
- No extreme makeup for girls. Boys are not permitted to wear any makeup (face, fingernails, etc.)
- Nose/ear piercings are acceptable as long as they are not gauged. Tattoos, body art, or writing/drawing (of words, pictures, symbols, etc.) on the skin that would not align with Christian principles are not acceptable.
- Hats and jackets may be worn outdoors only. Approved sweatshirts may be worn during gym class only

**Gym Class Apparel**

Approved gym apparel is available at Flynn & O'Hara and at uniform resale events held at TKCS.

Options for Gym Tops

TKCS approved T-shirts: Any t-shirt from a TKCS event or from resale is acceptable. T-shirts from Flynn and O'Hara are also acceptable. (girls may not wear white T-shirts)

Options for Gym Bottoms

Black gym shorts and black sweatpants from Flynn and O'Hara or TKCS athletic apparel with the athletic K emblem are acceptable.

**Dress Down Days**

Student dress should reflect Christian standards of modesty and good taste. Students must be aware that the standards and expectations of the broader community of parents, grandparents, and others influence what is viewed as acceptable dress at The King's Christian School. Just as the business community sets it standards of acceptable dress, so does the school. Clothing should be clean, neat, and appropriate, as defined below, for school. Students may wear shorts during the appropriate time of year that are of "fingertip" length and suitable for school. Skirts must also meet the "fingertip" minimum length (standing, arms at side). Students may not wear clothing that is immodest or that proclaims offensive or immoral ideas, language, or products that are inconsistent with our Christian standards. Specifically, the following are considered inappropriate:

- Tight-fitting clothing, such as leggings or yoga pants, unless they are covered with "fingertip" length shorts, skirts, etc.

- Clothing promoting or advertising musical groups or individuals (since it is extremely difficult to evaluate the moral standards of popular music groups, all such clothing is considered inappropriate)
- Clothing that advertises products or services, i.e. liquor, beer, tobacco, violence, etc.
- No jeans with holes or rips and no leggings or yoga pants with mesh (jeans must be neat, modest, and worn at waist level throughout the day)
- Tops that are not neat, modest, and loose-fitting, such as tank tops, spaghetti straps, etc.
- Tops that expose the midriff while standing or sitting and visible undergarments of any kind (for example, boxers for boys or bra straps for girls).
- Hats, head coverings, and jackets that are worn indoors
- For swimming events, bikinis, tankinis, or any style of girls swimwear other than a modest one-piece bathing suit and Speedos or similar tight or immodest boys swimwear.

All dress code items listed in the "Miscellaneous" section above remain in effect on casual dress days and for all school-sponsored events, both in and out of school

## Field Trip Dress Code

Dress code for field trips will be standardized dress unless specifically instructed otherwise.

## Formal Dress Code

For formal events (i.e. the Junior/Senior Prom), all TKCS students and non-TKCS guests must ensure that their attire is modest and in good taste.

## ATTENDANCE POLICIES & PROCEDURES

Regular attendance at a state approved public or private school is required by law in the state of New Jersey and is expected of all students.

Students and parents are required to keep close track of all absences through RenWeb. Because students and parents have immediate access to their attendance records 24/7, warning letters or phone calls will not be sent/made prior to a student exceeding the maximum allowable absences. Students and parents are required to notify the school of any discrepancies to the attendance record before a student exceeds the maximum allowed absences.

Students who have behavior infractions and/or are truant from school will be assigned Saturday school. If a student has more than four unexcused absences in a single quarter, he or she will be required to attend one Saturday school detention. As much as practicable, parents will be notified before a student is assigned a Saturday school. Saturday school will run from 8:00 to 11:30 a.m. and comes with a $25 charge. While in Saturday school, students will be making up work that they missed during the school days they missed. Saturday school detentions will be scheduled on an as-needed basis.

## Attendance Requirements

For students in grades 7—12, attendance is based on the student's presence in individual classes. A student in grades 7—12 will not be promoted, and course grades, transcripts, and diplomas will not be issued if the student has greater than eighteen (18) absences in a school year.

Once a student reaches the threshold for absences, he/she will be placed on Attendance Probation and will begin the credit recovery process through makeup sessions scheduled at the discretion of the Dean of Students. These sessions will occur either during the school day, before or after school, or on Saturdays depending on urgency. **No makeup sessions will be provided after the last day of school.**

## Excused Absences

In partnership with parents/guardians/sponsors, TKCS expect timely communication whenever a student will be absent.  Failure to provide such will cause an absence to be labeled as "unauthorized" (marked as "AU" within RenWeb).

Ideally, a parent, guardian, or sponsor should notify TKCS prior to 8:00 a.m. on the day of an absence, or, if a phone call is not possible, the parent/guardian must provide a verifiable written note or e-mail within two days of the absence to the respective office.  Whether by phone or note, the parent/guardian must list any dates for which the student was and/or will be absent and must describe the cause of the absence. Upon receiving such documentation, the absence may be labeled as "excused" (marked as  "AE" within RenWeb). Absences will remain as "Unauthorized Absences" if proper documentation is not received within two school days after the student returns from his/her absence.

While TKCS recognizes there are many legitimate reasons for parents/guardians to keep students from school, because we are bound to maintain the standards of the New Jersey Department of Education in many areas (including attendance), only certain types of absences can be excused when calculating whether a student has reached the maximum number of absences. Accordingly, absences that can be excused must directly result from one of the following reasons:

- Illness or medical condition
- Recovery from an accident
- Required court attendance
- Death in the immediate family
- Motor vehicle driver's test
- Take Your Child to Work Day
- Interview or official college visits (up to 5 school days missed, including travel time)
- Doctor/dental appointments that cannot be scheduled during non-school hours

When a student is absent for three or more consecutive days due to his/her health, a note from a medical practitioner listing the dates of the absence and a description of the illness, surgery, hospitalization, or chronic illness is required for such to be an "excused" absence.

## Pre-Authorized Absences

Parents of students in grades 7 – 12 who desire that their child(ren) miss school for reasons not listed under "Excused Absences" such as spiritual retreats, a family vacation, non-school-sponsored athletic events, or unofficial college visits must contact the Dean of Students in writing at least one week prior to the start date of the absence.  Upon receiving such notification, the Dean of Students will make sure that the student is not under a probationary attendance status. If the student is under a probationary attendance status, the student must complete attendance makeup sessions to regain normal attendance status before requesting pre-authorization.

If the student is not on probationary attendance status, the student will be given a "Request for Pre-Authorized Absence" form, which must be completed by the student and the student's teachers. The Dean of Students will then decide whether to accept, deny, or modify the request. The Dean of Students may approve up to a maximum of five (5) preauthorized absences per school year. Failure to adhere to this process will lead any absences to be considered "unauthorized."

## Unauthorized Absences

Unauthorized absences include any absence from a class that is not pre-authorized at least one week in advance or excused within two days upon returning to school after an absence (based on specific protocols found in the sections above).

## School Activities

If a student's absence is officially excused prior to the start of the extracurricular activity, the student will be eligible for extracurricular activities. However, if the student's absence is excused for reason of illness, the student will be ineligible for extracurricular activities for that day, though they would be eligible for extracurricular activities starting the following day if it fell on a weekend or school break. If an unexcused absence occurs the day before a weekend or a break, the student will be ineligible for extracurricular activities until the next time he/she is present in school for at least four (4) hours in the same day.

Attendance and participation of students at official school activities such as field trips, concerts, competitions, retreats, etc., are mandatory for students involved. These events are an extension of work done in class; failure to attend official school activities may result in disciplinary and/or academic penalties.

Missed classes resulting from participation in official school activities is not considered by TKCS or the NJ DOE as absences, and attendance for such will be marked as "SA" within RenWeb.

Students who are permitted to miss an official school trip/event/retreat can avoid being marked absent for other classes by coming to school. A written request for arranging such must be submitted to the respective school office one week prior to the school activity.

Students who participate in extracurricular programs (Athletics, Drama, Student Government, etc.) are expected to attend and be prompt to all practices/meetings and games/events. If a student misses any such practices/meetings/games/events/etc., parents/guardians should provide coaches/advisers with

the same notification as required when a student is to be absent from school; however, when an absence from an extracurricular activity results from a student being absent from school in general, appropriate notification need only be given to the academic office. In this case, additional notification to a coach/adviser is not necessary.

## Missed Academic Work

Individual teachers have the authority to set their policies for making up missed academic work. Teachers may require students to take tests scheduled during a pre-authorized absence prior to departure. Students that are absent on the day of a test or quiz may be expected to take the test or quiz on the day they return to school. Students who have chronic unauthorized absences on the day of a test or a quiz may be subject to disciplinary action. Students are expected to make up all work, even if they had an excused absence, unless otherwise stated by a teacher or administrator.

## Early Dismissal

Students must have written permission from parents/guardians and must sign out in the school office in order to leave school early.  In grades 7–12, absences from class periods will be recorded for classes missed due to an early dismissal. Students must be present for at least four (4) hours of the school day (three hours on a half day) to be eligible for extracurricular activities.

## Homebound Instruction

Students who have met the NJ state requirements to be assigned to homebound instruction are not considered by TKCS or by the NJ Department of Education (NJ DOE) as being absent, and attendance for such will be marked "HB" within RenWeb. Homebound instruction for students with a prolonged illness (10 or more consecutive days) is normally available through the Camden County Educational Service Commissions. This can be arranged through the respective principal in collaboration with the Director of the Timothy Program.

## Tardiness Policies & Procedures

Students and parents are required to keep close track of all tardiness to school and/or classes through RenWeb, which tracks attendance. **Because students and parents have immediate access to their attendance records 24/7, warning letters or phone calls will not be sent/made prior to a student exceeding the maximum allowable instances of tardiness.** Students and parents are required to notify the school of any discrepancies to the attendance record before a student exceeds the maximum allowable instances of tardiness. In RenWeb, tardiness to school will be marked as "TSU" and tardiness to class as "TCU." If tardiness has been authorized, the codes will be "TSA" or "TCA."

Individual teachers are encouraged to administer appropriate disciplinary action for tardiness to class at their discretion.

When tardy to school, students in grades 7–12 must report to the school office, sign in, and then obtain a pass before going to class. When a student is tardy to school due to an appointment with a licensed health practitioner, the tardiness will be considered excused if a signed note from that health practitioner

is brought with the student upon arriving at school that day. It is the student's and parent's responsibility to make sure such official documentation is presented. If such an appointment causes a student to miss more than 10 minutes of any class, the student's attendance will be marked with an excused absence ("AE"). Failure on the part of the student/parent to provide official documentation from the health practitioner will result in the tardy to school being counted toward Saturday school detention.

When tardy to class, students in grades 7—12 should report directly to that class. If the student is tardy to class by 10 minutes or more, he/she will be recorded as being absent and additional behavioral consequences may be assigned depending upon the cause of such. Similarly, if a student leaves class more than 10 minutes prior to class ending, he/she will be marked as absent. When a student is tardy to class due to the actions of a TKCS teacher/administrator, the student should be granted permission, either by a signed pass, e-mail, or verbal confirmation.

## Illness Policy

The following illness policies will be strictly enforced, for the health, wellbeing, and safety of all concerned. Students may not come to school or may need to be picked up from school if they display one of the following symptoms:

- Fever: Fever is defined as having a temperature of 100°F or higher taken under the arm, 101°F taken orally (a child needs to be fever free for a minimum of 24 hours before returning to school, that means the child is fever free without the aid of Tylenol®, or any other fever reducing substance)
- Fever AND sore throat, rash, vomiting, diarrhea, earache, irritability, or confusion
- Diarrhea: runny, watery, bloody stools, or 2 or more loose stools within last 4 hours
- Vomiting: two or more times in a 24-hour period (Note: please do not bring your child if they have vomited in the night)
- Breathing trouble, sore throat, swollen glands, loss of voice, hacking or continuous coughing
- Frequent scratching of body or scalp, lice, rash, or any other spots that resemble childhood diseases, including ringworm
- Child is irritable, continuously crying, or requires more attention than we can provide without hurting the health, safety or well-being of the other children in our care

In the event a student complains about not feeling well during the school day, the parent will be contacted. In the event a student becomes ill and needs to be picked up, the parent(s) will be called and are expected to come pick the child up within one hour (60 minutes). If the parent(s) cannot be reached within thirty minutes, the emergency contact person will be called and asked to come pick the child up.

## ACADEMICS

### Curriculum

TKCS has a comprehensive Curriculum Guide. The school also maintains a Scope & Sequence Booklet and Course Selection Guides. The school's philosophy is the foundation of curriculum development. Curriculum committees and textbook selection committees develop, review, and update the curriculum.

The committees then report their recommendations to the Leadership Team. Back to School Night provides an opportunity for teachers to give a brief overview of the curriculum to parents. Parents are strongly encouraged to attend this important event.

## Drop/Add Policy

Students in grades 9—12 may not drop or add classes after the last school day of the week first quarter interim reports are posted. Any course removed from a student's schedule after that deadline will receive a WP (Withdrawal Passing) or WF (Withdrawal Failing), based on the student's grade at that time.

## Homework Policies

Parents should expect to monitor their student's use of time to ensure that it is properly used to do the assigned work.

<u>Middle School Students (grades 7 – 8)</u>: A middle school student should spend, on average, about 60 to 90 minutes per day on homework. Times will vary with assignments. However, students should be encouraged to read and review on a daily basis when no written work is assigned.

Out-of-class projects/research papers should be coordinated among all middle school teachers, under the leadership of the principal, to ensure that students do not have multiple long term projects due on the same day or during the same week.

Students who repeatedly neglect to do homework and turn assignments in on time may receive detentions from their teachers.  Students who have a chronic problem with turning in completed homework will need to have a special conference scheduled with the guidance counselor, parents, and teacher.

<u>High School Students (grades 9 – 12)</u>:  Homework will be assigned on a daily basis.

Reading, studying, research, and written work are all expectations for a successful high school student. Students are expected to be proficient with time management skills, study skills, and technology skills to complete in-class and out-of-class assignments. High school students enrolled in the regular college preparatory curriculum should expect an average of 1 to 3 hours of homework per day depending on the rigor of their courses.

Students who repeatedly neglect to do homework and turn assignments in on time may receive detentions from their teachers.  Students who have a chronic problem with turning in completed homework will need to have a special conference scheduled with the guidance counselor, parents, and teacher.

## Testing Policies

Tests are given to assess a student's knowledge and understanding after a chapter, unit, or large segment of instruction has occurred. Tests will be limited to two per day for any student. Faculty at each level (elementary school, middle school, and high school) will be responsible to record (at least one week in advance) all assigned tests on a testing calendar supervised by the respective principal.

Quizzes are given to assess a student's understanding of lessons taught over a period of roughly one day to one week. Examples include weekly spelling quizzes, vocabulary quizzes, math checkups, pop quizzes, homework quizzes, etc.

For students in grade 7—12, no assessments may be given three days prior to mid-terms or final exams for all high school credit-bearing classes, or before quarterly exams for students in grades 7 or 8. In addition, teachers may be asked in advance to avoid assessing students on certain dates based on other school considerations.

## Grades & GPA

Report cards are issued four times a year as noted on the school calendar and are posted on ParentsWeb. A grading scale is used. Each letter grade has a numerical equivalent. For the first two marking periods and the first semester, a student may not earn a grade lower than a 50, regardless of whether his/her actual score falls below that number. A student will receive an incomplete grade if he/she needs to complete make-up work due to excused absences. Arrangements for handling or changing an incomplete (I) grade will be made with the Principal.

The TKCS grading scale for students in grades 7-12 can be seen in the following chart:

| Numerical Equivalent | Letter Grade |
|---|---|
| A | 92-100 |
| B+ | 89-91 |
| B | 83-88 |
| C+ | 80-82 |
| C | 74-79 |
| D+ | 71-73 |
| D | 65-70 |
| F | 64 or below |

Advanced Placement courses receive quality points as follows:

A--5.0

B--4.0

C--3.0

D--2.0

F--0.0

Honors courses receive quality points as follows:

> A--4.5
>
> B--3.5
>
> C--2.5
>
> D--1.5
>
> F--0.0

College Prep (CP) courses receive quality points as follows:

> A--4.0
>
> B--3.0
>
> C--2.0
>
> D--1.0
>
> F--0.0

General level courses receive quality points as follows:

> A--3.5
>
> B--2.5
>
> C--1.5
>
> D--0.5
>
> F--0.0

*If a student in an Honors course earns a final grade of a D or an F, that student most likely will be removed from the Honors Program for that course. This may result in the student having to retake the course.

## Course Credit Allotments

Course credits are based on classroom time. No course will be worth less than one (1) credit. All courses will be assigned one (1) credit for every 36 annual class meetings, or approximately every 24 class hours. Half credits will be given for every 18 additional class meetings.

For example, a 5-credit course will meet once each day for the full year. A five day per week course with two additional lab periods will be worth 7 credits. A course that meets once per day, but only for one semester, will be worth 2.5 credits.

A course's credit allotment might differ from the protocol stated above at the discretion of the High School Principal and Director of Curriculum.

## Promotion Requirements and Failure Policies

At the elementary and middle school levels, students are promoted if they pass all of their classes, or pending successful completion of summer school to make up any failed subjects/classes.

Full-time high school students are expected to be enrolled in 32-40 credits per year, and must be enrolled in a minimum of 26 credits per year. This policy includes seniors who would otherwise require fewer than 26 credits to meet the minimum requirement of 125 credits to graduate. There is no annual minimum for number of credits passed. However, high school students must reach the following minimum credit milestones in order to be promoted to the next grade:

To sophomore year: 29 credits achieved

To junior year: 59 credits achieved

To senior year: 90 credits achieved

To graduation: 125 credits achieved

Any student who is within five (5) credits of a milestone for promotion, or within ten (10) credits of graduation at the end of the school year will be asked to enroll in online courses to achieve the credits needed to be promoted. Any student who does not finish the academic year within five (5) credits of a milestone for promotion or does not complete the summer coursework needed for promotion by August 15 of the following school year, will be asked to repeat the previous grade.

Students that fail prerequisite or graduation requirement courses but still have enough credits to be promoted may be asked to make up these courses online or elsewhere before being able to continue on. Every effort, however, will be made to include necessary courses into the student's schedule at TKCS.

Students who have, for whatever reason, repeated a grade, may be expected to achieve more credits than stated above to be promoted. Students may only repeat a grade at TKCS if they will be on track to be no older than nineteen (19) years old upon graduation.

Any courses that are repeated will remain on the student's transcript, but only the most recent of the courses will be given credit and be factored into the GPA.

## High School Graduation Requirements

All graduates of the classes of 2020 through 2023 must complete at least 125 credits (140 credits is considered typical), meet attendance requirements, and complete each the following minimum curriculum requirements with a passing grade of 65% or better:

- 20 credits in biblical studies (5 credits per year of enrollment at TKCS)
- 20 credits in English language arts (International transfers need only 5 credits/year of enrollment)
- 15 credits in mathematics (20 credits encouraged):
    - 5 credits in Algebra I
    - 5 credits in geometry
    - 5 credits in Algebra II
- 15 credits in a lab science
    - 5 credits in biology
    - 5 credits in a lab science (chemistry encouraged)
    - 5 additional credits in a lab science (physics encouraged)
- 16 credits in social studies:
    - 5 credits in world history
    - 10 credits in United States history
    - 1 credit in Suffrage, Civil Rights, and Movements of Today

- 10 credits in world language (2-4 years of the same language encouraged)
- 12 credits in physical education/health
- 5 credits in the visual and performing arts
- 9  credits in 21st century life and careers
- 1 credit in financial literacy

In addition, a computer science course will be offered and fulfill credit requirements in 21st Century Life and Careers. Also, technology is integrated into every high school course offering. Finally, research projects for all courses are completed with guidance on proper research techniques in order to emphasize information literacy.

## Graduation Exercises

Each school year commences with a special graduation ceremony culminating a student's career at The King's Christian School.  In order to receive a diploma from The King's Christian School, a student must acquire a minimum of 125 credits, attend class the required number of days or have made them up in Attendance Makeup Sessions, and meet all financial obligations in full (tuition, fines, fees, and the return of all borrowed items). Furthermore, in order to participate in graduation ceremonies, a student who has failed courses required for graduation must be enrolled in approved summer courses to make up any such failed courses by August 15 of that same year.

## College Courses

Recognition of the successful completion of accredited college courses will be determined according to the following:

- All courses must be pre-approved by the high school principal and/or designee in order for the student to receive high school/college credit for the course (dual credit courses).
- College courses cannot be counted for high school credit if the equivalent course is offered by The King's Christian School and is open for enrollment to the student.
- Each pre-approved college course for dual credit must meet/exceed the Core Curriculum Content Standards as approved by the Board of Directors.

## Transfer Policies

Students may transfer to TKCS any time before the add/drop deadline during the first quarter of their senior year of high school. Seniors and their families must demonstrate legitimate extenuating circumstances to be considered for admission after this deadline. Students transferring mid-year will not receive any credit for incomplete courses, but rather will be placed into appropriate courses here at TKCS to complete their requirements.

Any high school transfer students who transferred to TKCS after June 2018 will have their grades and credits received transferred from their previous high school(s) to a TKCS transcript based on the letter grade that was achieved at the previous school, with the following exceptions. A grade of an "A+" at a previous high school will transfer to an "A" here at TKCS. If a grade includes a "minus" at a previous high school, the "minus" will be dropped from the TKCS transcript (i.e. "A-" becomes an "A", "B-" becomes a "B", etc.) in order to remain consistent with the TKCS grading scale.

Transfer students will be required to provide a transcript and a grading scale from their previous high school(s) in order to be admitted. Typically, the number of credits given to a transferable course will be based on credit-hours, which means that credits transferred could either meet, exceed, or fall short of the credits earned at the previous school. The High School Principal and Director of Curriculum will have discretion as to whether a course taken at a previous school is acceptable for credit on their TKCS transcript, and how many credits are transferable.

Transfer students, and all TKCS students in general, will not be permitted to repeat a grade unless it is deemed by the High School Principal to be academically necessary.

## Assessment Programs

Students in grades 7–10 take the Terra Nova test. TKCS also administers the PSAT to all eligible 8th – 11th grade students. Students in grades 10–12 are strongly encouraged to take the SAT and/or the ACT multiple times.

## The Timothy Program

*"And all thy children shall be taught of the Lord," (Isaiah 54:13).*

The Timothy Program provides reasonable accommodation for students who have been classified by a Child Study Team and for students who have some special learning needs. The specially trained teachers meet with students individually and/or in small group settings. Consultation with the classroom teachers is an integral part of the program. Classroom instruction often is modified to meet the student's needs in accordance with the IEP and Service Plans developed by the Child Study Team. There is an additional fee for the Timothy Program.

Child Study Team evaluations are available at no cost to the family through the Educational

Service Commissions—a service available to families with children enrolled in nonpublic schools. The Commission also provides limited speech instruction for students with specially evaluated needs in this area. Some ESL assistance is also provided.

## Global Impact—International Student Services

International students provide a unique and valuable contribution to our school community, and TKCS works closely with parents, students, and host families to provide the international student with the educational, social, and language support they need to be successful. Operating under the Timothy Program, ESL services are provided on an individual basis as needed.

## Tutoring

At times, tutoring is recommended by the school or is sought after by parents for their children. For tutoring to be most effective, there needs to be ongoing communication between the tutor and the classroom teacher.  Parents should always notify the school when the tutoring arrangements have been made and should provide a telephone number for the classroom teacher to use in making contact. The tutor should contact the teacher, as well, regarding assignments, instructional procedures, etc.

TKCS can often provide names of tutors and tutoring services that have been of benefit to other school families. TKCS does not allow a student's teacher to be employed as the student's tutor. However, teachers are often willing to provide assistance during study halls and before/after school.

## Statement of Confidentiality

It is the goal of The King's Christian School to respect all students, families, faculty, and staff. This respect is partially expressed through appropriate practices of confidentiality. The safety, wellbeing, and protection of each student and the student body as a whole are the paramount considerations in all confidentiality decisions.

## Student Records

At the age of 18, students may access their own records and authorize the release of those records. TKCS authorization procedures ensure that proper authorization is obtained prior to the release of any records. Access to records may also be affected by the Family Educational Rights and Privacy Act (FERPA), which applies to all education providers who receive any federal funds. As a general rule, FERPA prohibits third parties from accessing the records of a student who has turned 18 without written authorization. Exceptions apply for students receiving services under the Individuals with Disabilities Education Act who, because of their disability, are unable to provide informed consent.

## Summer Preparation Requirements

To aid students in developing a lifelong reading habit, TKCS has established a required summer reading program for grades 7–12. Teachers and librarians make the literary selections and develop the reading/activity guide for the selections. All students are expected to do the reading and activities prior to returning to school in September as a prerequisite for required courses.

Advanced Placement courses will have summer assignments—including reading, study, and writing—prior to the opening of school.

Middle school and high school students will also complete required summer packets. The completion of summer preparation requirements may be assessed at the start of the following school year.

## Awards & Scholarships

Awards programs are held for students in middle school and high school. Various awards granted include achievement, Christian character, leadership, and service. Awards and scholarships earned by graduating seniors are announced at the graduation ceremony.

Students must be on track to earn at least 65 credits at TKCS in order to be eligible for valedictorian or salutatorian honors.

## National Honor Society

The TKCS chapter of the National Honor Society is open to all eleventh and twelfth grade students who have completed at least one semester at TKCS, or who were NHS members at a previous school prior to

transferring to TKCS. Only students with a 3.50 weighted GPA or above will be considered for admission. In addition, applicants will need to demonstrate excellence in character, leadership, and service.

NHS members are required to perform additional service above and beyond what is required of all TKCS students. In addition, members will be expected to attend all NHS events, including the fall and spring induction ceremonies, the annual college fair, the annual blood drive, and regular meetings. Failure to meet these requirements could lead to revocation of NHS membership.

NHS members may be asked to pay nominal dues upon their induction into the organization.

### National Junior Honor Society

The TKCS chapter of the National Junior Honor Society is open to all seventh and eighth grade students who have completed at least one semester at TKCS. Only students with a 3.7 weighted GPA or above will be considered for admission. In addition, applicants will need to demonstrate excellence in character, leadership, and service.

## EXTRACURRICULAR ACTIVITIES

### Purpose

TKCS seeks to equip and strengthen our students beyond the classroom environment by offering a wide variety of extracurricular activities. These activities seek to recognize and develop the unique talents and interests that God has given to each child (I Corinthians 12; Romans 12:4—8; Psalm 139:13—15), while instilling in each participant the reality that all that is done in life is to be pleasing to God (Proverbs 3:6) and that, to accomplish His plan for our life, we need to work with and reach out to others.

### Goals

- To instill in the hearts of our students a sincere desire to be used by God to serve others within our school, in our churches and communities, and throughout the world.
- To instill in the hearts of our students a sincere desire to be used by God to share the Gospel with a fallen world.
- To provide additional and unique opportunities for our students to use and develop their leadership, communication, and social skills.
- To provide additional and unique opportunities for our students to work as members of a group with a common goal.
- To challenge our students to develop their interests, skills, and talents to an excellent level and to give God the glory for any accomplishments they achieve or accolades they receive.
- To provide opportunities for our students to compete and/or network with students from other schools to enhance their desire to share their faith and/or encourage other Christians, while also being challenged and/or encouraged themselves.

### Offerings

Specific extracurricular offerings vary from year to year. Students and Faculty are encouraged to present the Dean of Students or Assistant Principal with proposals for extracurricular activities.

## Eligibility for Extracurricular Activities

To maintain eligibility, athletes, Student Council members, and Class Officers must have an unrounded numeric grade average for all of their classes of at least 79.00% at the time of the eligibility check. This average is calculated by adding each course's cumulative average together and dividing by the total number of courses (only TKCS courses will be considered for eligibility purposes).

To determine student academic eligibility, a review of grades will be made at the end of each academic quarter. Eligibility for fall extracurricular activities will be determined by the final course grades from the previous year. Eligibility for winter extracurricular activities will be determined by the first quarter grades of the current school year. Eligibility for spring extracurricular activities will be determined by the first semester grades of the current school year.

If a student is deemed academically ineligible, he/she may not practice, play, or travel with the team/group/club until reinstated. Ineligibility begins the moment quarterly grades are posted. Ineligible students may be reinstated to the team/group/club only at the midpoint of the quarter (the day interim grades are due) or at the end of the quarter, provided they have raised their cumulative average to 79.00% or above.

Exceptions to eligibility rules will not be made for any reason, including enrollment in the Timothy Program.

Students newly enrolled at TKCS will be eligible at the principal's discretion until the next academic quarter, at which time the above guidelines will be in effect.

Students, parents, class advisors, and coaches are strongly encouraged to make frequent checks of academic progress to avoid ineligibility.

## Seniors and Their Families

The senior year is exciting and contains activities unique to this last year of high school. Students and their families should be prepared to pay for the following items/events in addition to tuition:

- HS Spiritual Emphasis Retreat
- Senior Photos
- Junior/Senior Prom (May)
- Senior Trip (May)
- Graduation Cap and Gown

## Athletics

Please consult the 2019-20 Athletics Handbook for specific athletic policies and procedures.

## STUDENT CONDUCT

We recognize that every person is a sinner and in need of God's grace to live obediently and righteously. It is our desire to help students know God's Word and to respond to the patterns and standards of living that God has designed. Punishment, when necessary, should be used only to the degree required to bring the offender into the bounds of acceptable behavior. Attitudes and behavior should be modeled after Christ.  We believe real discipline is discipleship. Upon admission to TKCS and annually thereafter, students in grades 7—12 must agree in writing to comply with the school's standards of conduct.

## Respect

Scripture clearly tells us that, by honoring and respecting the authorities God has placed in our lives, we are ultimately revealing our honor and respect for Him (Romans 13; Ephesians 6; I Peter 2). Disobedience and disrespect for authority is disobedience and disrespect for God. At TKCS, students are expected to not only follow the instructions of the teachers, coaches, advisors, and other adult staff, but also to honor and respect them in their words, attitudes, actions, body language, etc. In addition to respecting authority, proper respect is to be shown to everyone, including peers and those who are younger (I Peter 2:17).

Disrespectful students are a major disruption to the learning and spiritual atmosphere of the school. Students who are disrespectful will be held accountable not only for their overt behavior, but also for the less tangible ways in which they may reveal their disrespect to authority. Students who are disruptive or disrespectful will be punished accordingly, and those who refuse to change their disrespectful attitude, language, or behavior will not be permitted to continue at TKCS. The following is a list of some of the typical ways in which disrespect may be communicated:

- Arrogant tone of voice
- Rolling of the eyes
- Slander or insulting speech
- Disobedience/uncooperativeness
- Hateful tone of voice
- Disrespectfully asking "Why?"
- Gossip
- Avoidance of eye contact when being spoken to
- The "silent treatment" when asked a question
- Sarcastic or rude speech
- Derogatory, derisive, or disparaging speech
- Deceitful or misleading speech/lying
- Disruptive, annoying noises
- Whispering comments "under the breath"

(Adapted from Dr. Rick Horne's book Mockers and Scorners, ACSI/Purposeful Design Publications, 2005. Used by permission.)

## BEHAVIOR
It is our goal to help students endeavor to develop their whole person with an integrated Christian lifestyle. We ask and expect that students honor Christ in all behavior and activities. The school generally

follows its discipline procedures contained herein. However, there are circumstances in which the school administration may determine, at their sole discretion, that it is appropriate not to follow progressive discipline steps. In cases in which a student has engaged in flagrant, immoral, illicit, illegal, homosexual, bisexual, transgender and/or other unacceptable behavior, including sexual harassment, which reflects adversely on The King's Christian School, on campus or off campus, when school is in session or in recess, the school reserves the right to suspend or expel the student immediately. The administration may give parents the option to withdraw the student. In doing so, the discipline issue will not be discussed in the student's records.

## Transportation—Behavior in Vehicles

Students who ride school buses (for field trips, athletic events, etc.) must conform to proper, safe standards of conduct. Violations may result in detention and/or suspension of bus riding privileges. We want our students to travel safely and in a manner pleasing to the Lord.

Students must:

- Stay in seats the entire trip
- Use seat belts when available
- Obey the driver
- Be courteous
- Use language pleasing to the Lord
- Keep vehicles clean
- Enter and exit in an orderly fashion

Students must not:

- Shout or make loud noises
- Use inappropriate language
- Push, hit, or fight
- Throw any object
- Chew gum, eat, or drink
- Damage property

## Harassment, Intimidation, and Bullying (HIB)

Students are expected to treat each other and adults with respect. Harassment and bullying are actions that intimidate others with words and/or actions. These are contrary to respecting others, and neither will be tolerated.

Harassment is defined as any gesture or communication (written, verbal, or electronic) that is understood as being motivated by any actual or perceived characteristic such as race, color, religion, ancestry, nationality, gender, or a mental, physical, or sensory handicap, or by any other distinguishing characteristic that any reasonable person should know will have the effect of insulting or demeaning any person or group of people.

Intimidation is defined as any gesture or communication that makes someone timid or fearful for their own safety, whether physical or emotional. Intimidation can take the form of direct or indirect threats and can be expressed verbally and non-verbally.

Bullying is defined as deliberately hurtful behavior repeated over a period of time, where it is difficult for those being targeted to defend themselves. Bullying can be expressed in person, in writing, and/or electronically. The three main types of bullying are direct physical contact (hitting, kicking, shoving, etc.), verbal (name calling, teasing, racist remarks, etc.), and indirect (spreading rumors, deliberate social isolation or manipulation, etc.).

Active or passive support for acts of harassment, intimidation, or bullying is prohibited. Students who observe incidents of harassment, intimidation, or bullying are to walk away from these acts when they feel that they or others are in danger. Otherwise, students who observe these incidents should constructively attempt to stop them. In both cases, students are to report all incidents to an authority.

Students who feel that they are being harassed or bullied must report this to a teacher or other person who is in authority. Any accusation of bullying or harassment will be vigorously investigated and, if found to have occurred, disciplinary action will be taken up to and including consideration for expulsion.

## Sexual Harassment

Harassment of any kind at The King's Christian School violates the school's philosophy as well as respect for the individual. Incidents of sexual harassment will be thoroughly investigated, and guilty parties will be disciplined in an appropriate manner. Sexual harassment is defined as any unwelcome sexual advances, requests for favors of a sexual nature, or other verbal or physical contact of a sexual nature. Written and electronic harassment (including "sexting") is included in the definition. Sexual harassment may be between school employees, students, or students and employees.

The following may constitute sexual harassment:

- Making comments about a person's clothing, body, personal life, or "bad reputation" or "Rating" an individual on a scale of one to 10
- Addressing a person with a nickname or term of endearment
- Telling jokes of a sexual nature or making sexual innuendoes
- Subtle pressure for sexual activities accompanied by implied or overt threats concerning a person's standing in the school
- Touching, petting, hugging, or kissing
- Leering at an individual's body
- Displaying or circulating sexually explicit or offensive pictures or materials in print or electronic format
- Standing too close, cornering, blocking, or preventing a person from leaving an area
- Name-calling of a sexual nature
- Pulling on someone's clothing to cause them discomfort

Procedures for reporting sexual harassment

A student may report an incident of sexual harassment to any teacher or the principal of the middle school/high school. As much pertinent information as possible should be included, such as time and place. The victim is requested to keep the incident confidential after reporting it to protect himself/herself and the accused offender. Students should feel free after an initial incident to tell the offender that the behavior is offensive.

Sequence of events

An investigation of the incident will begin immediately. If an incident is deemed to be sexual harassment, the offender will have a hearing with an administrator. Once an incident has been established to be in violation of the sexual harassment policy, appropriate disciplinary action will be taken.

Penalties for sexual harassment

Due to the range of ages and maturity of the school community, penalties will reflect the severity of the incident as it relates to the age and experience of the offender. Penalties will range from a reprimand to expulsion from school. State or local authorities will be contacted if it is decided that the conduct rises to the level of a criminal offense.

## Terroristic/Harmful Threats

Against the background of an increasingly violent society, TKCS acknowledges the possibility of such threats being made by a member of the student body. Terroristic/harmful threats are not only inappropriate for the Christian community but may be considered criminal acts and, therefore, will be treated seriously by the school. These would include verbal, written, or electronically communicated threats.  These may be reported to law enforcement officials. Discernment will be used before the school would take such action. School disciplinary action may be taken up to and including consideration for expulsion.

## Drugs, Alcohol, Tobacco, & Controlled Substances

Drugs, alcoholic beverages, tobacco, and controlled substances in all forms are strictly forbidden at school, at school sponsored events, and/or when traveling to or from school or school sponsored events. Violations will be dealt with severely and may result in consideration for expulsion. Local law enforcement authorities may need to be contacted. Parents and other visitors to the school must comply with these restrictions, including no smoking at any school event or in any school building or vehicle or on school property.

## Vaping and Juuling

For the purposes of The King's Christian School, vaping and Juuling are considered synonymous with smoking. Any student caught vaping at school, a school-sponsored event, and/or when traveling to or from school or a school-sponsored event will be subject to severe disciplinary action.

## Other Dangerous Items

Any items which are physically dangerous must not be brought to school property, on school vehicles, or to school sponsored events. Specifically, forbidden items are knives, ice picks, or other sharp objects; explosives, including fireworks; slingshots, dart guns, water guns, weapons (real or toy) of any kind; ammunition (live or inert); and hazardous chemicals or substances. Violations will be dealt with severely and may result in consideration for expulsion. Local law enforcement authorities may need to be contacted.

## Inappropriate Material

Students may not bring to school, have in their possession, or produce in creative works (art, computer graphics, photography, etc.) material that could be considered pornographic, obscene, violent, or inappropriate. This also includes items on the computer, internet, cell phones, etc. Such behavior may be reported to law officials. School disciplinary action may be taken up to and including consideration for expulsion.

## Decorum at School-Sponsored Events

Students who attend school events such as games, concerts, programs, graduations, etc., are expected to be well-behaved and to dress properly. Please consult the dress code for specific clothing guidelines. Students are not to be roaming during the program. Trips to the bathroom/water fountain should be taken at times of least interference with the program. Parents need to be alert to their children's behavior and take responsibility for it.

## Care of Property

- Students may not have food or drink in the hallways or classrooms, and no open containers of food and/or beverages may be kept in lockers.
- All litter is to be placed in the proper containers.
- Recycling bins are to be used for all recyclable materials.
- Equipment is to be used properly.
- Books are to be kept clean; many teachers require that book covers be used.
- Students may be required to pay for books, equipment, or other items of school property that are damaged, broken, lost, or destroyed.

## Lockers

Students in grades 7–12 are issued a combination locker in which to store books and other personal belongings. Lockers are to be kept neat and clean. Open food or drink containers are not to be stored in/on top of/near lockers, and no food or drink is to remain in lockers overnight. Students may use magnets for decorating the interior of the locker but must not use glue, tape, or any other fastening materials. All pictures, decorations, etc., must be in keeping with the missions and policies of the school. For the safety of everyone and their belongings, locker combinations are considered private and are not to be shared with anyone. Students are responsible for the contents of their lockers.

Students may store book bags, gym bags, or other items too large for their lockers on top of the lockers but may not leave them on the hallway floors. Items left on the hallway floors present a safety hazard and

present a poor visual image. These items will be removed, and the student will receive disciplinary action. Books must be kept inside lockers.

While lockers are assigned to individual students on a year-to-year basis, the lockers are school property and may be searched at any time for any reason. Periodic locker checks will occur throughout the year. Students abusing or damaging their locker will be fined, may lose the privilege of having a locker, and/or may receive additional behavioral consequences.

## Student Drivers

High school students who have a valid state driver's license may be allowed to drive to and from school. These students must make application to the high school principal. The student must understand that the privilege of driving to school carries with it certain responsibilities. These include conducting oneself in a safe, courteous, and proper manner, as well as arriving to school on time. Any negative reports from local residents or businesses regarding verifiable TKCS student driving patterns will be addressed. Violations may result in suspension of the driving and/or parking privilege. There will be designated parking areas for students. Students are expected to park properly.

## Lunch

Lunch is to be eaten in the APR. No food or drink is permitted in the halls, classrooms, or on school vehicles unless participating in a "working lunch" that has been previously approved by the respective principal and is supervised by TKCS personnel. Vending  machines and microwaves are available. Lunches which are prepared by local eateries may be purchased in advance. On special occasions (holidays, etc.) special lunches may be provided by organizations approved by the Leadership Team.

## Opening Exercises

Students are required to participate in opening exercises. Students are to be attentive and respectful. Students may also be asked to lead parts of the opening exercises under the teacher's leadership.

## Chapel

All students, grades 7-12, must attend weekly chapel services. During these and other special chapels and assemblies (Spiritual Emphasis Week, Missions Emphasis Week, National Day of Prayer, etc.), students are encouraged to wholly participate and think how they can apply the lessons illustrated/taught in these services. It is expected that every student will bring a Bible to chapel.

## Library/Media Center

The library/media centers are staffed by qualified librarians who are available to assist students with research and selection of books and materials. Library materials are selected in light of the school's Collection Development Policy.

## Basic Principles of Discipline

- Teachers and administrators should pray with and for any student who is misbehaving
- Clear communication between home and school is necessary; parents should be connected to their ParentsWeb portal

- Teachers and Administrators are expected to use their informed discretion to discipline students; disciplinary action should be consistent, appropriate, and well-intentioned
- Teachers and Administrators have the right to expect well-behaved students in school; the school may dismiss any student who does not cooperate with the educational process

## Student Discipline Guidelines

Each case of student discipline is unique and must be individually evaluated. The administration has the right to determine the appropriate discipline based on the facts of the infraction. Discipline guidelines are in effect whenever the infraction has a significant impact on the operation of the school, even if the infraction itself occurs off-campus. Student discipline offenses are cumulative throughout the student's time at TKCS.

## Communication

In some cases, depending on the severity of the behavior, the parent will have been notified by the teacher prior to formal administrative disciplinary action being taken. Serious incidents, such as flagrant disrespect towards a teacher or another student, possession of unauthorized materials, violation of computer/internet policy, cheating, etc., will result in more serious behavioral consequences being assigned without prior notice.

It is important that students and parents be supportive—in attitude and action—in respect to corrective actions taken by the teachers and administration. Discipline in school is the responsibility of the teacher and administrators, who will apply the appropriate action to fit the situation. Parents are expected to follow the proper channels of communication if there are concerns.

## Standards of Conduct for Students in Grades 7—12

Students are asked annually to affirm, in writing, their commitment to these standards. The privilege of enrollment as a TKCS student in grades 7—12 carries with it some unique and demanding responsibilities. As a Christian school, we seek to place God and His Word at the center of all that we do and to relate Jesus Christ to our studies, activities, and personal lives. Each student must agree to do the following:

- Respect and obey teachers and those in authority over them
- Willingly accept and abide by school rules
- Comply with the Acceptable Use of Technology and the BYOD Acceptable Use policies
- Refrain from possession or use of any and all alcoholic beverages, tobacco products, drugs, and controlled substances (unless prescribed by a physician for medical reasons)
- Maintain a pure sexual life and avoid inappropriate physical contact,
- Refrain from the promotion, celebration of, or participation in actions, attitudes, or lifestyles that are not in harmony with the school's philosophy and statement of Christian beliefs, including professing to be homosexual, bisexual, transgender, or non-binary, or engaging in, condoning, supporting, or otherwise promoting such lifestyles.
- Treat other students with respect and apply the Golden Rule which is "Do unto others as you would have done to you"

35

- Guard language and refrain from using obscene or profane words (including innuendos/gestures), lying, slander, gossip, or taking God's name in vain
- Dress in accordance with the School Dress Code, reflecting the values of modesty and neatness
- Care for school property
- Be honest and conscientious in studies, including homework and other assignments
- Maintain regular church attendance
- Abide by the Harassment, Intimidation, and Bullying (HIB) policies of TKCS

Furthermore, students are expected to exercise Christian discernment in every area of their lives at all times. Particular emphasis is to be given to keeping a positive Christian testimony in the selection of leisure time activities, entertainment, and recreation.

## Academic Integrity

Students at TKCS are expected to handle their academic tasks in an honest way at all times.

Dishonesty in academics is a serious matter and will be handled as such. Cheating in any form is unacceptable, and all willing participants (both those who benefit from and those who knowingly contribute to the cheating) will be held accountable for their actions. Any student caught cheating, regardless of the size of the assignment, will receive a zero for the assignment and an administrative detention for the first offense, and a suspension for the second offense. A student caught cheating more than twice will receive a zero for the assignment and a suspension and may also be recommended for dismissal. Discipline for Academic Integrity issues will be assessed by the Principal and Dean of Students.

There are many ways to be dishonest in academics. What follows is not a complete list but should prove helpful in clarifying what constitutes academic dishonesty. In any class, a student will be considered to have cheated if he or she is guilty of one of the following:

- Looking at another student's test/quiz for answers or using hidden answers for a test/quiz
- Giving or receiving answers to a test/quiz through any means
- Copying any part or all of another student's assignment or allowing one's own assignment to be copied by another
- Working together with another student on an assignment for which the teacher has not given specific permissions to do so (in other words, all school assignments are to be done alone unless the teacher has specifically authorized group work)
- Asking another student about the content or format of a text or quiz that he/she has not taken yet or offering such information to someone else
- Plagiarism* of any kind

*Plagiarism is directly quoting or putting into your own words the words or ideas of another without identifying the source. This also includes information taken from books, reference materials, other's essays, and the internet. In an effort to detect and deter plagiarism, the school reserves the right to use electronic means to analyze a student's writing for plagiarism.

Students or parents who are unsure as to whether a certain activity is considered dishonest or cheating should ask the teacher before engaging in that activity or submitting the assignment.

## TECHNOLOGY

### Philosophy of Technology

Technology is a powerful tool that can provide better opportunities for students to develop and apply knowledge. Technology does not subordinate the basic skills and knowledge that are primary to education; rather, it offers more opportunities for addressing student-centered learning, multiple learning styles, and individualized instruction. Technology can be a very valuable educational tool that may enhance students' learning and the delivery of instruction at all learning levels. When used appropriately, technologies can also provide better communication among staff, faculty, parents, and students.  For all these reasons, we must not disregard technology nor blindly adopt it, either. Instead, we must strive to thoughtfully and purposefully utilize the various forms of technology that have become available to us. As many of these technological advances are neither good nor bad in themselves, Christians need to be aware of these advances and employ them, where feasible, unto the advancement of God's kingdom.  The use of technology is intended to prepare all students to be technologically competent individuals who utilize available resources to express themselves, solve problems, and explore newly emerging technologies both now and in the future.

### Technology Department Mission/Vision Statement

The King's Christian School will educate all students to be learners and problem solvers, able to seek and use information and communicate effectively. The opportunity to develop technological proficiency will enable students and staff to maximize the accessing of information to enhance problem solving skills and to develop effective and responsible communication in the "information age" in which we live.

The state of New Jersey requires that every high school course integrates technology into its curriculum in some way. TKCS is committed to meeting that expectation.

### Acceptable Use of Technology Policy

TKCS believes that technology has much to offer students with its wide variety of resources, and it is our goal to educate students about the ethical, appropriate, and efficient use of these resources. Because it is impossible to anticipate all of the ways in which individuals may use these resources, the intent of this policy is to provide guidelines that integrate principles contained in Scripture and in our Mission, Vision, and Core Values statements. Access to the internet, computers, and other technology resources is a privilege, and permission to use such will only be granted to students who have signed the BYOD & Acceptable Use of Technology Agreement and have received appropriate training. **The BYOD & Acceptable Use of Technology Agreement must be signed by all parents who have a child in grades K through 12.  Furthermore, all students in grades 7 through 12 are required to sign this Agreement.** Even though, for the sake of convenience and simplicity, this Agreement combines both policies on one form, it is to be understood that the BYOD Program is only for students in grades 9 through 12.

With such in mind, TKCS will endeavor to provide the following:

- A reliable internet connection protected by monitoring software

- Training of students that delineates appropriateness, technology etiquette, and instruction

**Code of Ethics**

- The student will strive to act in all situations with honesty, integrity, and respect for the rights of others.
- The student will make a concerted effort to maintain a good testimony before fellow students, TKCS personnel, and all others with whom he/she interacts.
- The student will strive to apply the principles of Philippians 4:8 when making use of the technological resources with which God has blessed us.

Students may not use technology resources to:

- Engage in illegal activity
- Participate in financial gain/transactions
- Degrade or disrupt equipment/system performance, or knowingly download malicious software
- Hack into or gain unauthorized access to technology resources, or circumvent computer network security
- Vandalize data, hack into any system/computer, or invade the privacy of others
- Access, post, record, or publish inappropriate messages/pictures or information which includes (but is not limited to) obscene, profane, threatening, inflammatory, disrespectful, or offensive images, messages, sites, etc.
- Violate the essence of the TKCS Mission Statement

Furthermore, students may never use the technology resources assigned to TKCS personnel.

Any attempt at the above list of prohibited activities, regardless of success, motivation, or the location and/or ownership of the technological resources, will result in consequences ranging from suspension to consideration for expulsion from school and suspension of access to TKCS technology resources. If a suspension was assigned and any additional attempt occurs, then consideration for expulsion will result.

In addition, students may not at any time use school provided technology resources or use any technology resources during school hours or at school functions to:

- Access, post, or publish images, sites, messages, or information related to commercial purposes (buying, selling, and/or trading anything)
- Access, post, or publish images, sites, messages, or information related to gaming, fantasy leagues, etc.

Any attempt at the above list of prohibited activities, unless specifically instructed by appropriate TKCS personnel to do so, regardless of success, motivation, or the location and/or ownership of the technological resources, will result in consequences ranging from administrative detentions to multiple-day suspensions and suspension of access to TKCS technology resources. Continued attempts even after said consequences are assigned will result in consequences ranging from multiple-day suspensions to consideration for expulsion.

38

Any student who assists others in attempting any of the above prohibitions by any means, including sharing his/her login information or by any other means, will receive the same behavioral consequence as those who attempted the prohibited activity. However, if it can be determined by TKCS that a student's only involvement was sharing his/her login information, then less severe consequences may result. (It is imperative that students remember to quit all applications and log off after finishing their work during each session of computer use.)

### Internet Computers / TKCS Network Environment

Monitoring User/Network Activity: In order to enforce policy statements regarding use of TKCS computer systems, TKCS reserves the right to monitor its user's activity on the computer/networked systems. Monitoring will be performed on both a routine and random basis by system administrators for the purpose of assuring quality performance and appropriate use of school technology. In addition, TKCS may from time to time need to access messages and/or files for back up, maintenance, and other administrative purposes. Users, therefore, should not have any expectations of personal privacy with respect to any message sent or received, or any file stored on any TKCS computer or electronic communications systems.

### Electronic Devices

- Graphing calculator games should not be played during class. Sharing of graphing calculators or downloading programs to calculators should only occur with teacher permission and supervision.
- Students are not to wear earphones (wired, over-the-ear, or wireless) or AirPods in the hallways or at any point during the school days.
- For all electronic devices brought to school: TKCS is not responsible for damage to or theft of any such device. Personal electronic devices or laptop computers are permitted in school for the purpose of completing schoolwork and should not be used for playing games, listening to music, watching videos, etc. The school is not responsible for damage to or theft of personal electronic devices. Students are not to connect to the network at any time.

### Disclaimer

The internet user and his/her parent/guardian must understand that he/she uses the internet at his/her own risk. Considering the provisions mentioned above, TKCS cannot assume responsibility for:

- The reliability of the content of a source (students must evaluate and cite sources appropriately)
- Inappropriate material that bypasses TKCS security/monitoring software/equipment
- Costs incurred if a student requests a product or a service for a fee, or any consequences of disruption in service that may result in lack of resources

Though every effort will be made to insure a reliable internet connection, there may be times when the internet service is down or scheduled for use by teachers, classes, or other students. TKCS makes no warranties of any kind, whether expressed or implied, for the access it provides, and thus will not be responsible for any damage a user suffers. Also, the user agrees to indemnify TKCS for any losses, costs, or damages, including reasonable attorney fees, incurred by TKCS relating to, or arising out of, any breach

of the Acceptable Use of Technology Policy by the user.

## Bring Your Own Device (BYOD) Policy

Beginning in September 2013, TKCS high school students are allowed to bring to school their own mobile devices or laptops to be used in selected classes under the supervision of their teachers. This program, known as the BYOD (Bring Your Own Device) Program, is intended to maximize the educational potential of current technologies while ensuring the safety and privacy of the students and staff. While participation in this program is voluntary, **all students in grades 7 through 12 and all parents/guardians of students in grades K through 12 must read this BYOD Policy and sign the BYOD Agreement.** Even though, for the sake of convenience and simplicity, this Agreement combines the Acceptable Use of Technology Policy and the BYOD Policy on one form, it is to be understood that **the BYOD Program is only for students in grades 9 through 12.**

This BYOD policy/agreement is intended to supplement, and not to replace, the TKCS Acceptable Use of Technology (AUT) Policy. Both policies apply to all technological devices brought onto the campus, as well as to the use of TKCS-owned technology.

All students/families participating in the BYOD Program agree to the following:

- A device is any laptop, tablet computing device, netbook, notebook, e-reader, iPod, cell/smart phone, or other mobile device capable of connecting to the internet
- Access is a wireless connection to the internet using the TKCS guest network; access does not include access to the TKCS network resources, such as file shares or printers.
- Any and all access through the guest network may be monitored and/or recorded for the purposes of network security, student safety, and compliance with the BYOD and AU policies
- Any device brought to school under this program will be used for academic activities only, unless permission is given for another use by a staff member
- The student/family is responsible for the condition of the device brought to school under this policy/agreement, including updates, antivirus software, and repair
- TKCS is not responsible for any lost, damaged, or stolen personal property, including any device brought to school under this BYOD Program
- Any device brought to school under this BYOD Program must be charged and recharged outside of school, unless specific permission is granted by TKCS personnel; all devices should be capable of lasting a full day without recharging.

## Cell Phone and Smart Watch Policy

Middle School students can have a cell phone and/or smart watch on campus, but all such devices are to be kept in their lockers during school hours. High School students may not use their cell phones and/or smart watches during class periods including study halls unless directed to by a teacher. Teachers will no longer have the discretion to permit free use of cell phones, smart watches or similar devices during class periods or study halls.

Any teacher who catches a student with a cell phone or smart watch during times when it is not permitted will follow the following procedures:

1. First offense: teacher will keep the device until the end of the class period
2. Second offense: teacher will hand the device into the office to be kept until the end of the day
3. Third offense: teacher will hand the device into the office where it will be kept until a parent or guardian picks it up.

# EXHIBIT B



7:51

‹ 504          M
           My Son 🤍 ›

Wed, Oct 27, 9:57 AM

Mom

                                    Yes

i can't take it really already sprayes
me with water other day playing
around with the word nigga

it's too much

                          Calling up there

Wed, Oct 27, 11:37 AM

Wed, Oct 27, 1:49 PM

iMessage

# EXHIBIT C



# EXHIBIT D







**From:** Tracie Simpson <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Date:** February 24, 2022 at 7:03:13 AM EST
**To:** Craig Beatty <⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Cc:** "tyronn.russell" <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Subject:** Re: Meeting

Mr Beatty
I want to bring you up to speed before the meeting.⬛⬛⬛⬛ and 4
other students have called ⬛⬛⬛⬛ on FaceTime repeatedly since
⬛⬛⬛⬛ left school. ⬛⬛⬛⬛ has not answered any calls however at
this point the calls have become harassingly annoying leading him to
eventually blocking them. Below I have attached several pictures of
the calls which include the times and numbers. The calls have
become frequent in the amount of 17 calls in 8 mins some made in
the same minute. This is the backlash I was referring to we
encountered as a result of the previous incident.





Redacted



# EXHIBIT E

